**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 03 2025

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

**Civil Action File No.:** To Be Assigned by Clerk

**RASHAD LAMAR CHASE,**
In his private capacity, appearing specially,
All rights reserved under UCC 1-308,
Plaintiff,

v.

**GEORGIA DEPARTMENT OF HUMAN SERVICES,
DIVISION OF CHILD SUPPORT SERVICES,** and
**CARMEN WELLS,** in her individual and official capacity,
Defendants.

**1 : 25 -CV- 3 0 9 4**

---

## SPECIAL APPEARANCE ONLY

*Movant does not waive any jurisdictional or procedural defenses and appears solely to contest the unlawful garnishment, deprivation of rights, and enforcement of orders under color of state law. This special appearance shall not be construed as a general appearance or as a waiver of any rights, defenses, or future claims in law or equity.*

---

## SPECIAL APPEARANCE VERIFIED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
(Constitutional Violations under 42 U.S.C. §1983; Due Process, Unlawful Seizure, and Injunctive Relief)

---

## NATURE OF THE ACTION

This is a civil action for redress of constitutional violations committed under color of state law. Plaintiff Rashad Lamar Chase brings claims under 42 U.S.C. §1983 arising from continued garnishment of wages and deprivation of liberty following a court-ordered dismissal. Defendants acted without jurisdiction, notice, or due process, resulting in unlawful seizure of wages, license suspension, and loss of employment. Plaintiff seeks compensatory and punitive damages, declaratory and injunctive relief, and such other remedies as justice requires.

---

1

**COMES NOW** Plaintiff **Rashad Lamar Chase**, in his private capacity, appearing specially and not generally, reserving all rights under **UCC 1-308**, and brings this Verified Complaint for Damages and Equitable Relief against Defendants **Georgia Department of Human Services**, **Division of Child Support Services**, and **Carmen Wells**, individually and in her official capacity. Plaintiff alleges that Defendants, acting under color of state law, violated Plaintiff's clearly established constitutional rights, resulting in financial, professional, and emotional harm.

---

## I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Rashad Lamar Chase is a natural man and private citizen domiciled in DeKalb County, Georgia. He appears pro se and in his private capacity, reserving all rights.
2. Defendant Georgia Department of Human Services (DHS) is a state agency headquartered in Atlanta, Georgia.
3. Defendant Division of Child Support Services (DCSS) is a subdivision of DHS and operates under its authority.
4. Defendant Carmen Wells is, upon information and belief, a DCSS agent who issued garnishment orders impacting Plaintiff after the dismissal of the case referenced herein.
5. Jurisdiction is proper in this Court under **28 U.S.C. §1331** and **42 U.S.C. §1983**.
6. Venue is proper in this district under **28 U.S.C. §1391(b)** as the events giving rise to this claim occurred in Georgia.

---

## II. FACTUAL ALLEGATIONS

7. On April 25, 2025, DCSS filed a **Voluntary Dismissal** in Civil Action File No. 23-A-07649-8.
8. On May 5, 2025, the Gwinnett County Superior Court issued a final **Order to Close** the case.
9. Despite dismissal and closure, Defendants, including Carmen Wells, authorized continued garnishment under a prior or reassigned case number (Case No. 15-A-07532-8).
10. Defendants failed to provide Plaintiff with notice, hearing, or legal justification for the renewed garnishment.

11. Plaintiff's license was suspended and his employment opportunity with Delta Air Lines was lost due to continued enforcement actions.

12. Plaintiff suffered economic loss, emotional distress, and ongoing reputational harm as a result.

13. Upon information and belief, DCSS has engaged in a pattern and practice of enforcing void garnishment orders without judicial review or procedural due process, indicative of an unconstitutional custom or policy as recognized under *Monell v. Dept. of Soc. Servs.*, 436 U.S. 658 (1978).

---

## III. CLAIM FOR RELIEF — 42 U.S.C. §1983 (Due Process and Unlawful Seizure)

14. Plaintiff realleges all previous paragraphs.

15. Defendants acted **under color of state law** when they continued garnishment post-dismissal.

16. Defendants deprived Plaintiff of liberty and property interests without due process in violation of the **Fourteenth Amendment** and established precedent, including but not limited to:
    - *Cleveland Bd. of Ed. v. Loudermill*, 470 U.S. 532 (1985)
    - *Turner v. Rogers*, 564 U.S. 431 (2011)
    - *Carey v. Piphus*, 435 U.S. 247 (1978)
    - *Soldal v. Cook County*, 506 U.S. 56 (1992)

17. Defendants unlawfully seized Plaintiff's wages in violation of the **Fourth and Fourteenth Amendments**.

18. Carmen Wells, in her individual capacity, acted with reckless disregard of Plaintiff's rights and beyond the scope of her official duties. She failed to confirm the legal status of the garnishment, knowingly enforcing a void order without jurisdiction or notice.

19. The Supreme Court has recognized that wage garnishment without notice or hearing violates due process. See *Sniadach v. Family Finance Corp.*, 395 U.S. 337 (1969).

20. Continued garnishment after dismissal constitutes unlawful seizure under *Soldal v. Cook County*, 506 U.S. 56 (1992), and procedural due process violation per *Turner v. Rogers*, 564 U.S. 431 (2011).

21. These violations directly caused measurable harm, including over $70,000 in garnished wages and the loss of a $242,000 job opportunity.

3

## IV. RELIEF REQUESTED

Plaintiff respectfully demands:

A. Compensatory damages exceeding $525,000;

B. Punitive damages against Carmen Wells individually for willful misconduct;

C. Declaratory judgment that the garnishment and license suspension were unlawful;

D. Preliminary and permanent injunction prohibiting future enforcement against Plaintiff based on closed or void orders;

E. Costs and attorney fees under 42 U.S.C. §1988;

F. Any other relief this Court deems just and proper.

---

Respectfully submitted this 2nd day of June, 2025.
Without prejudice, UCC 1-308 | All rights reserved.


/s/ Rashad Lamar Chase

Rashad Lamar Chase, Pro Se
Private Capacity – Special Appearance Only
3825 Waldrop Ln | Decatur, GA 30034
rchase15@gmail.com | (404) 808-1733

4

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**Civil Action File No.:** To Be Assigned by Clerk

**RASHAD LAMAR CHASE**,
In his private capacity, appearing specially,
All rights reserved under UCC 1-308,
Plaintiff,

v.

**GEORGIA DEPARTMENT OF HUMAN SERVICES**,
**DIVISION OF CHILD SUPPORT SERVICES**, and
**CARMEN WELLS**, in her individual and official capacity,
Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on this **2nd** day of **June**, 2025, I served true and correct copies of the following documents:

- **Complaint for Violations of 42 U.S.C. § 1983**
- **Motion for Preliminary Injunction**
- **[Proposed] Order Granting Preliminary Injunction**
- **Civil Cover Sheet**
- **Summons**

upon the Defendants listed below by placing same in the United States Mail, with sufficient postage affixed thereto, addressed as follows:

---

**Georgia Department of Human Services**
% Office of General Counsel
P.O. Box 38446
Atlanta, GA 30334

**Carmen Wells, Individually and in her Official Capacity**
% Division of Child Support Services
95 Constitution Blvd. 2nd Floor, Suite 200
Lawrenceville, Georgia 30046

---

Said service is being made via **Certified Mail, Return Receipt Requested**, pursuant to **Rule 4 of the Federal Rules of Civil Procedure**.

**Respectfully submitted**,

**/s/ Rashad Lamar Chase**

**Rashad Lamar Chase, Pro Se**
3825 Waldrop Ln | Decatur, GA 30034
Rchase15@gmail.com | 404-808-1733

5

**EXHIBIT INDEX – FEDERAL CLAIM**

Plaintiff: Rashad Lamar Chase
Case: To Be Assigned
Court: U.S. District Court – Northern District of Georgia
Date: June 2, 2025

| Exhibit | Title | Description | Page No(s). |
|---|---|---|---|
| A | Order to Close – Case No. 23-A-07649-8 | Superior Court order entered May 5, 2025, closing child support case. | 12–13 |
| B | Voluntary Dismissal – Case No. 23-A-07649-8 | Voluntary dismissal filed by DCSS on April 25, 2025. | 14–15 |
| C | Garnishment Proof | Screenshots and pay stubs showing garnishments after case dismissal. | 16–19 |
| D | Garnishment Notice | Employer notices and confirmations of garnishment deductions. | 20–27 |
| E | Carmen Wells - Unlawful Action | Affidavit + KIPP payroll email showing Wells' post-dismissal enforcement. | 28–30 |
| F | License Suspension Enforcement & Related Damages | Records showing improper license suspension linked to closed case. | 31–36 |
| G | Pre-Litigation Demand Packet | Certified notice and legal demand issued prior to filing. | 37–69 |
| H | Emotional Damages | Mental health summary evidencing distress caused by illegal enforcement. | 70–72 |
| I | Employment Loss | Proof of rescinded Delta job due to license suspension and wage levy. | 73–80 |

11

EXHIBIT A

# Order to Close – Case No. 23-A-07649-8

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____
In the United States District Court
Northern District of Georgia – Atlanta Division

Court order entered May 5, 2025, closing the support case with no further action required.

**Exhibit A – Page 1 of 2**

12

E-FILED IN OFFICE - CS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-07649-8
5/13/2025 9:34 AM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

STATE OF GEORGIA                          *
DEPARTMENT OF HUMAN SERVICES,                         Civil No. 23-A-07649-8
Ex rel.,                                  *
Kameryn Chase
            Plaintiff                     *

                                          *
v.
                                          *

RASHAD LAMAR CHASE                        *
            Defendant

## ORDER TO CLOSE CIVIL ACTION NUMBER

IT IS HEREBY ORDERED AND ADJUDGED:

1.    No further action is needed on this matter and the civil action number is hereby closed.  The Defendant was never served.

SO ORDERED, this __5th__ day of __May__ _____, 20__25__.

_____
HONORABLE MELODIE SNELL CONNER
Senior Judge, by designation
Gwinnett County Superior Court

Submitted by:
Charles G. Shrake/Sherry Schmidt Ellison/E. Talley Gray
Special Assistant Attorney General
Division of Child Support Services

Georgia, Gwinnett County
     This is to certify this is a true and correct copy
of _____ as the same appears of record
in Gwinnett County Superior/State Court.
     Given under my official signature and seal of
the Court this _____ day of _____

Deputy Clerk Superior/State Court, Gwinnett County, Georgia

FORMCAB Stars Re-Write       DCSS Case No.    Civil No.     Revised 12/2011    p. ____ of ____

**Exhibit A – Page 2 of 2**

13

EXHIBIT B

# Voluntary Dismissal – Case No. 23-A-07649-8

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____
In the United States District Court
Northern District of Georgia – Atlanta Division

Filed by DCSS on April 25, 2025, dismissing the support case for lack of service.

**Exhibit B – Page 1 of 2**

14

E-FILED IN OFFICE - CS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-07649-8
4/25/2025 4:23 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

STATE OF GEORGIA                          *
DEPARTMENT OF HUMAN SERVICES
ex, rel.,                                 *         Civil No.  23-A-07649-8
Kameryn Chase

              Plaintiff         *

v.                                        *

RASHAD LAMAR CHASE                        *

           Defendant

### VOLUNTARY DISMISSAL

The above referenced matter is hereby dismissed without prejudice. No service was

perfected on the above action.


This 25th day of April, 2025.


                                      Charles G. Shrake/Sherry Schmidt Ellison/E. Talley Gray
                                      Special Assistant Attorney General
                                      Division of Child Support Services


Division of Child Support Services
By: Charles Shrake/Sherry Schmidt Ellison/E. Talley Gray
95 Constitution Blvd., Suite 200
Lawrenceville, GA  30046
e-mails: shrakelaw@comcast.net / sse.law64@gmail.com / talleygray@yahoo.com
DCSS Telephone: 1-844-694-2347

**Exhibit B – Page 2 of 2**

15

EXHIBIT C

# Garnishment Proof

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____
In the United States District Court
Northern District of Georgia – Atlanta Division

Wage garnishment history from DCSS portal and employer pay stubs.

**Exhibit C – Page 1 of 4**                    16



DHS | Division of Child Support Services

# DCSS portal

**Customer Online Services**                                    🔒 Secure Site

| Our Services | Make Payment | Apply Now | Case Payments | Provide Info | My Case |
|---|---|---|---|---|---|

**Payments**                          RASHAD CHASE              Case  520021936

Change Password

Make Payment

Payments

Support Order

Office Finder

FAQ

Site Map

Sign Out

DCSS Home Page

The following payments have been received in the last year. Click on the payment amount to view payment details.

| Collection Date | Source | Entry Date | Method | Posting Date | Amount | Case |
|---|---|---|---|---|---|---|
| 05/15/2025 | WAGE ASSIGNMENT | 05/15/2025 | ELECTRONIC FUNDS TRANSFER | 05/15/2025 | $426.46 | 520021936 |
| 04/30/2025 | WAGE ASSIGNMENT | 04/30/2025 | ELECTRONIC FUNDS TRANSFER | 04/30/2025 | $423.46 | 520021936 |
| 04/30/2025 | FSR FEE | 04/30/2025 | ELECTRONIC FUNDS TRANSFER | 04/30/2025 | $3.00 | 520021936 |
| 04/15/2025 | WAGE ASSIGNMENT | 04/15/2025 | ELECTRONIC FUNDS TRANSFER | 04/15/2025 | $426.46 | 520021936 |
| 03/31/2025 | WAGE ASSIGNMENT | 03/31/2025 | ELECTRONIC FUNDS TRANSFER | 03/31/2025 | $423.46 | 520021936 |
| 03/31/2025 | FSR FEE | 03/31/2025 | ELECTRONIC FUNDS TRANSFER | 03/31/2025 | $3.00 | 520021936 |
| 03/14/2025 | WAGE ASSIGNMENT | 03/14/2025 | ELECTRONIC FUNDS TRANSFER | 03/14/2025 | $426.46 | 520021936 |
| 02/28/2025 | WAGE ASSIGNMENT | 02/28/2025 | ELECTRONIC FUNDS TRANSFER | 02/28/2025 | $423.46 | 520021936 |
| 02/28/2025 | FSR FEE | 02/28/2025 | ELECTRONIC FUNDS TRANSFER | 02/28/2025 | $3.00 | 520021936 |
| 02/14/2025 | WAGE ASSIGNMENT | 02/14/2025 | ELECTRONIC FUNDS TRANSFER | 02/14/2025 | $426.46 | 520021936 |

**Helpful Information**

Payment details presents a further breakdown of the payment. To view, click on the payment amount.

**Collection Date** - date the NCP actually made payments via portal (money is not processed until money has been cleared through banking; CP cannot view payments online until after money has been cleared).

**Disbursement** - Money is sent to custodian via Debit Card/ Check

**Distribution** - Money posted or applied to accounts on case(s).

**Entry Date** - Date the funds are distributed or posted to the case(s) unless funds reversed due to distribution correction.

**Involuntary Payments** - Held in escrow a minimum of 45 days up to a maximum of 180 days to allow the non-custodial parent time to request a hearing if he/she disagrees with the collection. This "due process" right is required by federal and state laws.

Payments made via portal require a minimum of 3 days up to a maximum of 7 days for processing due to confirmation and release of funds from Credit Card company.

**Payments applied across multiple cases** - Payments are posted by SSN first to Current Support, second to Arrears account and then Recoupment account.

**Posting Date** - Date the funds are distributed or posted to the case(s).

**Exhibit C – Page 2 of 4**

17

# Earnings Statement

**CHASE, RASHAD LAMAR**

| | |
|---|---|
| Pay Date: | 05/30/2025 |
| Period Start: | 05/08/2025 |
| Period End: | 05/22/2025 |

Company: xxxx - KIPP METRO ATLANTA
COLLABORATIVE INC
1445 MAYNARD RD NW
ATLANTA  GA  30331   (404) 924-6310

Emp #: xxxx
Dept: xxxxxxxxxxxxxxxx
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 2620.67 | 27272.68 |
| Bereavement Leave | | | 0.00 | 799.49 |
| Paid Time Off | | | 266.50 | 266.50 |
| Rollover Time Off | | | 0.00 | 533.00 |
| Athletic Stipend | | | 0.00 | 2000.00 |
| High Impact Tutoring | | | 840.00 | 840.00 |
| Sat School Stipend | | | 0.00 | 2310.00 |
| Substitute Pay | | | 0.00 | 95.00 |
| Substitute Pay Exempt | | | 0.00 | 25.00 |
| **Gross** | | | **3727.17** | **34141.67** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 53.36 | 488.16 |
| Social Security | | | 0.00 | 0.00 |
| Georgia State W/H(/0) | | | 0.00 | 0.00 |
| **Deductions** | | | | |
| Child Support $ 1 | | | 425.00 | 4263.14 |
| Accident PostTax | | | 6.73 | 67.30 |
| Dental | | | 15.14 | 151.40 |
| Employee Voluntary Life | | | 0.34 | 3.40 |
| FSA Health Care | | | 20.83 | 208.30 |
| Medical POS | | | 7.31 | 73.10 |
| TRSGA | | | 173.23 | 1732.30 |
| Vision | | | 4.27 | 42.70 |
| **Net Pay** | | | **3020.96** | **27111.87** Voucher No.  663512553DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 3020.96 | 27111.87 A/C:1172 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours ** | | 40.00 | 24.00 | 16.00 |
| Donated Leave Hours ** | | 0.00 | 16.00 | -16.00 |
| Paid Time Off Hours ** | | 64.00 | 24.00 | 40.00 |
| Rollover Time Off Hours ** | | 24.00 | 16.00 | 8.00 |

**Accruals balances are accurate as of processing 05/28/2025 11:23 am

**Exhibit C – Page 3 of 4**

18

# Earnings Statement

**CHASE, RASHAD LAMAR**

| | |
|---|---|
| Pay Date: | 05/15/2025 |
| Period Start: | 04/23/2025 |
| Period End: | 05/07/2025 |

Company: xxxxx - KIPP METRO ATLANTA
COLLABORATIVE INC
1445 MAYNARD RD NW
ATLANTA  GA  30331   (404) 924-6310

Emp #: xxxxx
Dept: xxxxxxxxxxxxx
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2887.16 | 24652.01 |
| Bereavement Leave | | 0.00 | 799.49 |
| Rollover Time Off | | 0.00 | 533.00 |
| Athletic Stipend | | 0.00 | 2000.00 |
| Sat School Stipend | | 0.00 | 2310.00 |
| Substitute Pay | | 35.00 | 95.00 |
| Substitute Pay Exempt | | 0.00 | 25.00 |
| **Gross** | | **2922.16** | **30414.50** |
| **W/H Taxes** | | | |
| Federal W/H(H) | | 0.00 | 0.00 |
| Medicare | | 41.68 | 434.80 |
| Social Security | | 0.00 | 0.00 |
| Georgia State W/H(/0) | | 0.00 | 0.00 |
| **Deductions** | | | |
| Child Support $ 1 | | 426.46 | 3838.14 |
| Accident PostTax | | 6.73 | 60.57 |
| Dental | | 15.14 | 136.26 |
| Employee Voluntary Life | | 0.34 | 3.06 |
| FSA Health Care | | 20.83 | 187.47 |
| Medical POS | | 7.31 | 65.79 |
| TRSGA | | 173.23 | 1559.07 |
| Vision | | 4.27 | 38.43 |
| **Net Pay** | | **2226.17** | **24090.91** Voucher No. 659119503DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 2226.17 | 24090.91 A/C:1172 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours ** | | 40.00 | 24.00 | 16.00 |
| Donated Leave Hours ** | | 0.00 | 16.00 | -16.00 |
| Paid Time Off Hours ** | | 64.00 | 16.00 | 48.00 |
| Rollover Time Off Hours ** | | 24.00 | 16.00 | 8.00 |

**Accruals balances are accurate as of processing 05/13/2025 11:58 am

**Exhibit C – Page 4 of 4**

19

EXHIBIT D

# Garnishment Notice

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____

In the United States District Court
Northern District of Georgia – Atlanta Division

Evidence of post-dismissal garnishment instructions issued to employer.

**Brian P. Kemp**
Governor



**Candice L. Broce**
Commissioner

## Georgia Department of Human Services
### Aging Services | Child Support Services | Family & Children Services

DATE: 05/19/2025

KIPP WOODSON PARK ACADEMY
1445 MAYNARD RD NW
ATLANTA, GA 30331-1109

**NOTICE TO EMPLOYER OR PAYOR**

Employee: RASHAD LAMAR CHASE
CSE Agency Case Identifier: 520021936

Dear Employer or Payor;

Enclosed is an Income Withholding Order for Support. If the attached is a duplicate of an Income Withholding Order for Support already in place with your company, please disregard this notice and accept our apology for any inconvenience.

You are hereby notified that pursuant to O.C.G.A. §19-6-33 et seq., you have the rights and responsibilities set forth below with regard to the attached Income Withholding Order for Support, in which RASHAD LAMAR CHASE (hereinafter called the "employee/obligor") is ordered to pay child support.

1.  You are required to deduct from each payment to the Employee/obligor the amount specified by the Court in the attached *Income Withholding Order for Support*. The total deduction on any one occasion may not exceed the maximum allowable under the federal Consumer Credit Protection Action, 15 U.S.C. Section 1673(b), as applicable to the Employee/obligor's income (50 per centum of disposable income where the employee is supporting a second family, 60 per centum where there is no second family being supported, and an additional 5 per centum of either limit if the arrearage is equal to 12 weeks or more in support payment). If the amount to be deducted would otherwise exceed these limits, you are to reduce the amount deducted accordingly.

2.  Payments are to include the Employee/obligor's name, social security number and above identifying CSA Case Identifier. The amount deducted and a statement as to whether that amount totally or partially satisfies the periodic amount specified in the *Income Withholding Order for Support* shall be forwarded, within two business days after each payment date, to the Family Support Registry:

    > Family Support Registry
    > P.O. Box 1800
    > Carrollton, GA 30112-1800

3.  You are required to begin making such deductions no later than the first pay period that occurs 14 days after the date this notice was mailed to you.

4.  If you willfully fail to deduct the proper amount from the employee/obligor's income, you are liable for the amount you should have deducted, plus costs, interest, and reasonable attorney's fees.

5.  To reimburse you for your administrative costs, you may collect up to $25.00 against the employee/obligor's income for the first income deduction and up to $3.00 for each subsequent deduction. You may not deduct a fee for complying with any order or notice for enrollment in a health benefit plan.

6.  This *Notice to Employer or Payor* and the *Income Withholding Order for Support* (or *Notice of Delinquency* in the case of a delinquency) are binding on you until further notice from the Obligee (as named in the *Income Withholding Order for Support*), the Court or the IV-D Agency (Division of Child Support Services) or until you no longer provide income to the Employee/obligor.

**Exhibit D – Page 2 of 8**

21

Employee: RASHAD LAMAR CHASE
CSE Agency Case Identifier: 520021936

7.  You are required to notify the Obligee (as named in the *Income Withholding Order for Support*) in writing by first-class mail at the Obligee's address when you no longer provide income to the Employee/obligor. At that time, you must provide the employee/obligor's last known address and the name and address of the Employee/obligor's new employer/payor, if known. Willful violation of this provision subjects you to a civil penalty of up to $250.00 for the first violation and up to $500.00 for each subsequent violation. If the IV-D agency (Division of Child Support Services) is enforcing the order, you shall make these notifications to the agency instead of to the Obligee.

8.  You may not discharge the employee/obligor by reason of the fact that income is subject to an *Income Withholding Order for Support*. A violation of this provision will subject you to a civil penalty of up to $250.00 for the first violation and up to $500.00 for each subsequent violation.

9.  The *Income* Withholding *Order for Support* has priority over all other legal processes under state law pertaining to the same income and that payment, as required by the *Income Withholding Order for Support*, is a complete defense against any claims of the employee/obligor or his or her creditors as to the sum paid.

10. If you receive an *Income Withholding Order for Support* requiring that the income of two or more employee/obligors be deducted and sent to the same depository, you may combine the amounts paid to the depository in a single payment as long as you identify that portion of the payment attributable to each employee/obligor.

11. If you receive more than one *Income Withholding Order for Support* against the same employee/obligor, you must still honor all IWOs to the greatest extent possible up to the limits imposed under Section 303(b) of the Federal Consumer Credit Protection Act, 15 U.S.C. Section 1673(b).  The IV-D Agency will apportion between the obligees the amount you send to the Family Support Registry by giving priority to current child support obligations.

Sincerely,
CARMEN WELLS
Division of Child Support Services

Enclosure

<strong>Exhibit D – Page 3 of 8</strong>

**THIS PORTION MUST BE COMPLETED AND RETURNED BY THE EMPLOYER/PAYOR**

22

*NEW FEATURE!*
Eliminate paper mailings by electing to receive Income Withholding Order (IWO) Notices via encrypted email. Simply provide your company's email address and Federal Employer Identification Number (FEIN) below.
A general rather than a personal company email address is preferred but not required.

☒        Please send all future IWOs via email to the below address.

Email address: _____

FEIN: _____

**Please complete upon receipt and return this page to:**

Division of Child Support Services, 95 Constitution Blvd. 2nd Floor, Suite 215 Lawrenceville, GA 30046

For your convenience you may email this information to: gehub@dhs.ga.gov or send by fax to: (770) 390-4205.

**Attention:** CARMEN WELLS

We received the Income Withholding for Support for:

Employee: RASHAD LAMAR CHASE

CSA Case Identifier: 520021936

Date Received: _____

Income Withholding deductions will begin on: _____

Employer: KIPP WOODSON PARK ACADEMY

Contact Name: _____    Telephone Number: _____

Contact email address if different from above: _____

Fax Number: _____

If different from above:        **Exhibit D – Page 4 of 8**

Contact Title: _____    Date: _____

Business Address: 1445 MAYNARD RD NW, , ATLANTA, GA 30331-1109

23

**OMB 0970-0154**
**Expiration Date: 08/31/2026**

# INCOME WITHHOLDING FOR SUPPORT

**I. Sender Information: (Completed by the Sender)**          **DATE: 05/19/2025**

[X] **INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)**   [ ]   **AMENDED IWO**

[ ] **ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT**   [ ] **TERMINATION OF IWO**

[ ] Child Support Agency (CSA)          [ ] Court  [ ] Attorney  [ ] Private Individual/Entity   (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSA or a court, a copy of the underlying support order must be attached.

State/Tribe/Territory GEORGIA                              Remittance ID (include w/payment) ____3115

City/County/Dist./Tribe   GWINNETT,          GEORGIA          EMPLOYER          HUB

Order ID  15-A-07532-8

Private Individual Entity_____          Case ID  520021936

**II. Employer and Case Information: (Completed by Sender)**

Employer/Income Withholder's Name
KIPP WOODSON PARK ACADEMY

RE:  CHASE RASHAD LAMAR
Employee/Obligor's Name (Last, First, Middle)

Employer/Income Withholder's Address
1445 MAYNARD RD NW
ATLANTA GA 30331-1109

___3115
Employee/Obligor's Social Security Number

01/05/1987
Employee/Obligor's date of birth

Employer/Income Withholder's FEIN ___3114

GALLUP, ASHLEY
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Name(s) (Last, First, Middle)          Child(ren)'s Birth Date(s)
CHASE          /2009

**III. Order Information (Completed by the Sender)**
This document is based on the support order from          (State/Tribe).
You are required by law to deduct these amounts from the employee/obligor's income until further notice.
$747.00 Per MONTH current child support
$100.00 Per MONTH past-due child support - **Arrears greater than 12 weeks?** [X] Yes [ ] No
$0.00 Per MONTH current cash medical support
$0.00 Per MONTH past-due cash medical support
$0.00 Per MONTH current spousal support
$0.00 Per MONTH past-due spousal support
$1.50 Per MONTH other (must specify) FSR Fee 1.50 + Annual Maintenance Fee 0.00.
for a **Total Amount to Withhold** of $848.50 per MONTH.

**IV. Amounts to Withhold: (Completed by the Sender)**
You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:
$ 196.21 _____ per weekly pay period          $425.00 per semimonthly pay period (twice a month)
$ 390.93 _____ per biweekly pay period (every two weeks) $848.50 per monthly pay period
$_____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

Income Withholding for Support (IWO)          Document Tracking ID 520021936          Page 1 of 4

**Exhibit D – Page 5 of 8**

24

Employer/Income Withholder's Name: KIPP WOODSON PARK ACADEMY                    Employer/Income Withholder's

FEIN: ___3114

Employee/Obligor's Name: CHASE RASHAD LAMAR                    SSN: ___-3115

Case ID: 520021936                    Order ID: 15-A-07532-8

## III. Remittance Information: (Completed by Sender except for the "Return to Sender" check box.)

If the employee/obligor's principal place of employment is <u>Georgia</u> (State/Tribe), you must begin withholding no later than the first pay period that occurs <u>14</u> days after the date of <u>mailing</u> of the order/notice.  Send payment within 2 business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold <u>65</u>% of disposable income for all orders. If the employee/obligor's principal place of employment is not <u>GEORGIA</u> (State/Tribe), obtain withholding limitations, time requirements, the appropriate method to allocate among multiple child support cases/orders and any allowable employer fees from the jurisdiction of the employee/obligor's principal place of employment.

State- specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and- program-requirements. For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673 (b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. The CCPA is available at **www.dol.gov/sites/dolgov/files/WHD/legacy/files/garn01.pdf**. If the Order Information section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support.

If the obligor is a nonemployee, *obtain withholding limits from the* **Supplemental Information** section in this IWO. This information is also available at **www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements**.

> **Remit payment to <u>Family Support Registry</u>** (SDU/Tribal Order Payee)
>
> at **<u>PO Box 1800, Carrollton, GA 30112-1800</u>** (SDU/Tribal Payee Address)
>
> Include the Remittance ID with the payment and if necessary this locator code of the SDU/**Tribal order payee**:_____
>
> To set up electronic payments or to learn state requirements for checks, contact the State Disbursement Unit (SDU). Contacts and information are found at **www.acf.hhs.gov/css/resource/sdu-eft-contacts-and-program-requirements**

☐ **Return to Sender (Completed by Employer/Income Withholder).** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments in Section VI). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you must check this box and return the IWO to the sender.

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☐   If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

---

Income Withholding for Support (IWO)                    Document Tracking ID 520021936                    Page 2 of 4

**Exhibit D – Page 6 of 8**

25

Employer/Income Withholder's Name: KIPP WOODSON PARK ACADEMY  Employer/Income Withholder's

FEIN: ███3114

Employee/Obligor's Name: CHASE RASHAD LAMAR          SSN: ███-3115

Case ID: 520021936          Order ID: 15-A-07532-8

**IV. Additional Information for Employers/Income Withholders: (Completed by the Sender)**

**Priority:** Withholding for support has priority over any other legal process under state law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Payments:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSA within 7 days, or fewer if required by state law, after the date the income would have been paid to the employee/obligor and include the date you withheld the support from his or her income. You may combine withheld amounts from more than one employee/obligor's income in a single payment as long as you separately identify each employee/obligor's portion of the payment. Child support payments may not be made through the federal Office of Child Support Services (OCSS) Child Support Portal.

**Lump Sum Payments:** You may be required to notify a state or tribal CSA of upcoming lump sum payments to this employee/obligor such as bonuses, commissions, or severance pay. Contact the sender to determine if you are required to report and/or withhold lump sum payments. Employers/income withholders may use the OCSS Child Support Portal (ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive lump sum payments and to provide contacts, addresses, and other information about their companies. Child support payments may not be made through the OCSS Child Support Portal.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO.

**Supplemental Information:**

**Withholding Limits:** You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673 (b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment, if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction. Disposable income is the net income after mandatory deductions such as: state, federal, local taxes; Social Security taxes; statutory pension contributions; and Medicare taxes. The federal limit is 50% of the disposable income if the obligor is supporting another family and 60% of the disposable income if the obligor is not supporting another family. However, those limits increase 5% --to 55% and 65% --if the arrears are greater than 12 weeks. If permitted by the state or tribe, you may deduct a fee for administrative costs. The combined support amount and fee may not exceed the limit indicated in this section. Depending upon applicable state or tribal law, you may need to consider amounts paid for health care premiums in determining disposable income and applying appropriate withholding limits.

**Arrears Greater Than 12 Weeks?** If the *Order Information* section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

Income Withholding for Support (IWO)          Document Tracking ID 520021936          Page 3 of 4

**Exhibit D – Page 7 of 8**

26

**Brian P. Kemp**
Governor



**Candice L. Broce**
Commissioner

## Georgia Department of Human Services

Aging Services | Child Support Services | Family & Children Services

DATE: 05/19/2025

RASHAD LAMAR CHASE

ATLANTA, GA 30310-

Re:    ASHLEY  GALLUP
       CSE Agency Case Identifier: 520021936

### STATEMENT OF RIGHTS, REMEDIES, AND RESPONSIBILITIES
### IN REGARD TO AN INCOME WITHHOLDING FOR SUPPORT

Dear Mr(s): CHASE,

You are hereby advised that you have the following rights, remedies, and responsibilities in regard to the Income Withholding for Support mailed to your employer, KIPP WOODSON PARK ACADEMY pursuant to O.C.G.A. §19-6-32.

1. Please be advised it is your responsibility to submit payment(s) to the Family Support Registry until your employer submits your first deductions.
2. Any employer with whom you are employed is required to deduct a Family Support Registry processing fee of 5% of the total deduction or $1.50, whichever is less, pursuant to O.C.G.A. §19-6-33.1.
3. Any employer with whom you are employed may be required to deduct an additional $35.00 per year to be paid at the rate of $2.92 per month as an Annual Maintenance Fee pursuant to O.C.G.A. §§19-11-6; §19-11-8.
4. The Income Withholding for Support applies to current and future employers and periods of employment.
5. The Income Withholding for Support applies to current support, arrears, outstanding fees (e.g. court and administrative fees), interest, and lump sum payments for bonuses and commissions earned.
6. You are required to notify the Division of Child Support Services (DCSS), in writing and within seven (7) days, of any change in your address or any change in your employer and/or employer's address.
7. Your employer will be given a copy of the Income Withholding for Support requiring deductions to be initiated against your income in payment of your child support obligation of $747.00 per MONTH current child support and $100.00 per MONTH past-due child support.  Said payments will continue until the total amount due has been paid in full, including interest and arrears.
8. The total amount to be deducted by the payor of your income may not exceed those limits established by the Consumer Credit Protection Act, 15 U. S. C. §1673(b), (50 percent of disposable income where there is a second family being supported, 60 percent where there is no second family being supported, and an additional 5 percent of either limit if the arrearage is equal to 12 weeks or more in support payments).
9. The enforcement of the Income Withholding for Support may only be contested on the ground of mistake of fact regarding the amount of support owed pursuant to the support order, the amount of arrearage of support, or the identity of the obligor.  If you wish to contest the enforcement of this Income Withholding for Support on one of the aforementioned grounds, you must request an administrative hearing within 14 days of the mailing date of the notice of income withholding.  Please be advised that the request for a hearing does not stay enforcement of the income withholding.  The request for hearing must be mailed to the DCSS office listed below.

95 Constitution Blvd.
2nd Floor, Suite 215
Lawrenceville, GA 30046
Fax: (770) 390-4205

Please be responsible for representing yourself unless you hire an attorney at your own expense.  All preparation of documentary and other evidence should be completed and presented to the Office of State Administrative Hearings by the hearing date.  Should you have any questions regarding this notice, please contact DCSS at 1-877-GADHSGO (1-877-423-4746 Toll Free).

**Exhibit D – Page 8 of 8**

27

EXHIBIT E

# Carmen Wells – Unlawful Action

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____
In the United States District Court
Northern District of Georgia – Atlanta Division

Affidavit of Plaintiff and email from KIPP Payroll documenting unauthorized garnishment continuation.

**Affidavit Summary of Phone Call with GA DCSS Agent – Carmen Wells**
**Date of Call: May 19, 2025**

---

I, Rashad Lamar Chase, declare the following to be true and correct to the best of my knowledge and belief:

On May 19, 2025, after receiving a letter postmarked April 29, 2025, from the Georgia Division of Child Support Services (DCSS), I contacted the phone number listed on the letter: 1-877-423-4746.

During the call, I spoke with a representative who identified herself as **Carmen Wells**. I asked why my income was continuing to be garnished despite **Civil Action File No. 23-A-07649-8** having been dismissed with prejudice by court order on April 25, 2025.

Ms. Wells responded that the garnishment would continue and claimed that the order dismissing the case was entered in error. When I explained that the order was court-filed and mailed from the agency's own address, she became hostile in tone and attempted to redirect me to another division. She refused to assist me further or explain the legal basis for continued garnishment, despite my clear questions.

Ms. Wells' conduct was dismissive and coercive, and she offered no remedy or clarification. Her refusal to acknowledge the dismissal and her insistence that garnishment would continue, despite my documented objections and the attached court order, indicates a willful neglect of due process and an administrative continuation of enforcement without jurisdiction.

This affidavit is submitted in support of my federal complaint for damages and as part of the factual record of ongoing violations under color of law.

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2025.
**Without prejudice, UCC 1-308 | All rights reserved.**

**/s/ Rashad Lamar Chase**
**Rashad Lamar Chase, Pro Se**
3825 Waldrop Ln, Decatur, GA 30034
rchase15@gmail.com | (404) 808-1733



**All results**

Kristi Nelson
Garnishment Documenta...    Wed 5/21
Good Morning Mr. Chase,    Inbox
Rashed Chase G...

Kristi Nelson
Request to Terminate Wa...    Wed 5/14
Good Morning Mr. Chase. ...    Inbox
RE- Termination...    +1

**Garnishment Documentation – Clarification Requested**

Rashad ...hment.pdf

Rashad Chase Garnishment.p...
1 MB

Good Morning Mr. Chase,

I understand your concern and can address your questions. The document that you submitted to KIPP cannot be used to cancel or terminate your active child support case. You submitted Civil Action documents from the court on your behalf. However, this Civil Action judgement is not what is used to override an active child support garnishment. It is not specific to the active child support deduction and would not be accepted by our Paycom Garnishment team.

The only document that is accepted for cancelling a child support deduction is an official garnishment release form sent to KIPP from the Division of Child Support Services explicitly stating that the garnishment has been discontinued, and KIPP is no longer legally obligated to submit the amount that we were originally instructed to deduct. Therefore, to answer your first question, the garnishment is currently active and is not pending termination as we have not received the paperwork necessary to do so.

Furthermore, on 5/20 we were served additional documentation regarding funds owed on your behalf for child support. These documents were not related to a release. When we receive any documents related to a garnishment or child support claim for one of our employees, we are legally obligated to submit the paperwork to our Paycom Garnishment team so that they can respond accordingly and set up a deduction if needed. Attached is the documentation that we received. You can use the contact information on this form to get in touch with someone associated with Child Support Services so that they can assist. If you have additional questions or receive information on if or when an official release form will be sent to KIPP, please let me know.

Thank you,

Kristi Nelson
*Payroll Specialist*

KIPP Atlanta Schools
1445 Maynard Rd NW | Atlanta, GA 30331

EXHIBIT F

# License Suspension Enforcement & Related Damages

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____
In the United States District Court
Northern District of Georgia – Atlanta Division

---

This exhibit documents the unlawful suspension of Plaintiff's driver's license resulting from enforcement actions initiated by the Division of Child Support Services (DCSS), despite the underlying case having been dismissed. The suspension triggered repeated citations, financial burdens, and civil rights violations.

---

**This Packet Contains:**

- DDS Notice of Suspension (Noncompliance with Child Support – Nov 2023)
- DDS Suspension Notice (Failure to Have License on Person – Jan 2024)
- DDS Pink Form Suspension/Revocation Notice
- Uniform Traffic Citation issued by City of Decatur PD
- Supporting documentation of loss and reinstatement conditions

**Page 1: Narrative Summary**

Despite making regular child support payments, I received multiple traffic citations and was repeatedly threatened with or subjected to license suspension without proper notice, hearing, or legal authority. The attached documents show:

- **Administrative Overreach:** My license was suspended due to a child support order later dismissed. DDS continued enforcement based on void records.
- **Financial Harm:** I incurred over $1,000 in court costs and $2,500 in insurance increases.
- **Emotional Distress:** I was pulled over, embarrassed, and flagged in public databases. I was denied work opportunities due to MVR records.

**As of May 2025, Plaintiff's license has been reinstated**; however, the documented harms occurred during the period of unlawful suspension and remain part of the ongoing damages.

These documents support my constitutional claims for deprivation of liberty, due process, and equal protection under the Fourteenth Amendment.

---

**This cover page is submitted as part of the formal exhibit record in support of Plaintiff's verified complaint for restitution and equitable relief.**

**Exhibit F – Page 2 of 6**

32



**GEORGIA DEPARTMENT OF DRIVER SERVICES**
**P.O. BOX 80447**
**CONYERS, GEORGIA 30013-8447**
**WWW.DDS.GEORGIA.GOV**



Scan me for Online Services
and Reinstatement info.

**OFFICIAL NOTICE**

RASHAD LAMAR CHASE

ATLANTA GA 30310-3942

| | |
|---|---|
| D.O.B. | ▓▓▓▓ |
| LIC. NO. | ▓▓▓▓ |
| Letter ID: | L1103416616 |
| Issue Date: | 05/09/2024 |

**YOU ARE HEREBY OFFICIALLY NOTIFIED** that your driver's license and/or privilege to operate any motor vehicle in the State of Georgia will be suspended pursuant to O.C.G.A 40-5-56 based on your failure to appear in court and resolve the following traffic citation(s):

**Court:** Decatur Municipal Court, 420 W Trinity Pl, Decatur, GA, 30030-3000
Court Phone Number: (678) 553-6655

| Citation | Issued | Description |
|---|---|---|
| 86130 | 17-Jan-2024 | Failure to have license on person |

Period of Suspension: Indefinite until requirements are met
Effective Date: 06/06/2024

**NOTE:** No limited driving permit is available for this suspension.

**TO AVOID SUSPENSION:**
1. Submit a court release to the Department of Driver Services before the effective date.
2. For more information, to resolve the citation(s), and obtain a release, please contact the court(s).

**TO REINSTATE YOUR DRIVING PRIVILEGES:**
1. DDS must receive the court release.
2. Pay the fees online, by mail or in person. Save $10 by paying online or by mail.

**MAIL** - Send a copy of this notice and the $90.00 reinstatement fee by money order, cashier's check, business/personal check or credit card (Download the Credit Card Authorization Form - DDS100 - from the DDS website) to:
Georgia Department of Driver Services, ATTN: RM-Reinstatements, P.O. Box 80447, Conyers, GA 30013

**IN PERSON** - Present a copy of this notice and pay the $100.00 reinstatement fee at one of our CSC locations. Visit www.dds.georgia.gov and click "Locations" to find the CSC nearest you.
**DDS WEBSITE** - www.dds.georgia.gov
**FAX** - (770) 918-6255

Download the DDS 2 Go app from the Apple Store or Google Play to conveniently and securely view your license, ID, or permit status and receive real-time updates.

**Exhibit F – Page 3 of 6**



**GEORGIA DEPARTMENT OF DRIVER SERVICES**
**P.O. BOX 80447**
**CONYERS, GEORGIA 30013-8447**
**WWW.DDS.GEORGIA.GOV**



Scan me for Online Services
and Reinstatement info.

**OFFICIAL NOTICE**

RASHAD LAMAR CHASE

ATLANTA GA  30310-3942

| | |
|---|---|
| D.O.B. | ▉▉▉▉▉ |
| LIC. NO. | ▉▉▉▉▉ |
| Letter ID: | L0168595784 |
| Issue Date: | 11/06/2023 |

**YOU ARE HEREBY OFFICIALLY NOTIFIED** that your driver's license and/or privilege to operate any motor vehicle in the State of Georgia will be suspended pursuant to O.C.G.A. 40-5-54.1 as a result of the following offense:

**Offense: NONCOMPLIANCE OF CHILD SUPPORT**
**Court: Georgia Department of Human Services (DHS)**     **Period of Suspension:** Indefinite
**Case Number:** 403836497                                           **Effective Date:** 11/18/2023
**Date of Violation:** 11/03/2023

**NOTE:** No limited driving permit is available for this suspension.

**CONDITIONS:**
1. You must surrender your license to the Department of Driver Services at the address below or in-person at a Customer Service Center (CSC).

**TO AVOID SUSPENSION:**
1. The Department of ~~Driver Services~~ (DDS) must receive from DHS ~~notice that you are~~ in compliance with the order(s) of child support prior to the effective date.

**TO REINSTATE YOUR DRIVING PRIVILEGES:**
1. Visit the DHS website at https://dhs.georgia.gov/ or contact DHS at 1-844-MYGADHS (1-844-694-2347) and comply with the child support order.
2. Pay the fees online, by mail or in person. Save $10 by paying online or by mail.

**MAIL** - Send a copy of this notice and the $25.00 reinstatement fee by money order, cashier's check, business/personal check or credit card (Download the Credit Card Authorization Form - DDS100 - from the DDS website) to:
  Georgia Department of Driver Services, ATTN: RM-Reinstatements, P.O. Box 80447, Conyers, GA 30013

**IN PERSON** - Present a copy of this notice and pay the $35.00 reinstatement fee at one of our CSC locations. Visit www.dds.georgia.gov and click "Locations" to find the CSC nearest you.

**DDS WEBSITE** - www.dds.georgia.gov

**FAX** - (770) 918-6255

No appeal of the driver's license suspension is available from the DDS. To appeal the issuance of the noncompliance order, you must contact DHS.

Download the DDS 2 Go app from the Apple Store or Google Play to conveniently and securely view your license, ID, or permit status and receive real-time updates.

<span style="color:red">**Exhibit F - Page 4 of 6**</span>

34



**GEORGIA DEPARTMENT OF DRIVER SERVICES**
**Records Management**
**P.O. Box 80447**
**Conyers, Georgia 30013**

## OFFICIAL NOTICE OF REVOCATION/SUSPENSION SERVICE BY LAW ENFORCEMENT

*This form __must not__ be used for personal service on Habitual Violators, please use the DDS-1189/1030*

### READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING FORM

**YOU ARE OFFICIALLY NOTIFIED** that as of _01/17/2024_ *(enter date declared)* your driver's license and privilege to operate a motor vehicle in the State of Georgia has been SUSPENDED/REVOKED/CANCELLED as provided for by law for the reason(s) listed below:

_child support Obligations_

Henceforth, it shall be unlawful for you to operate a motor vehicle in the State of Georgia. Under Georgia law, it is a misdemeanor for any person to fail or refuse to surrender to the Department of Driver Service, upon lawful demand, any driver's license or permit that has been SUSPENDED/REVOKED/CANCELLED.

**YOU ARE HEREBY ORDERED** to surrender any and all licenses and/or permits in your possession, and particularly the above numbered license(s), to the Department of Driver Services, or show cause why you cannot. If license has been lost, a sworn affidavit (Lost License or License Surrender Affidavit, DDS-250A) is required.

Name _Chase, Rashad Lamar_          D.O.B. _01/05/1987_

Address ███████████████████          License No. ████████████

City _Atlanta_          State _GA_          Zip Code _30370_

I HAVE PERSONALLY RECEIVED SERVICE OF NOTICE OF THE ☑ Suspension ☐ Revocation ☐ Cancellation OF MY DRIVER'S LICENSE:

_01/17/2024_                    _RC R_
Date                                        Signature of Licensee

License picked up?  Yes ☐  No ☑          Lost License or License Surrender Affidavit (DDS-250A)?  Yes ☐  No ☐

If no, reason license was not picked up: _Not on prison_

_M Johnson 639_                    _M. Johnson  Officer_
Serving Official's Signature                    Print Name and Title

_Decatur PD_                    _404. 373. 6551_
Serving Agency                    Telephone Number

_420 W Trinity PL  Decatur_          _GA_          _30030_
Agency's Mailing Address          City          State          Zip Code

### HEARING INSTRUCTIONS ON REVERSE SIDE

Serving Agency Copy

DDS-1150 (04/17)

**Exhibit F - Page 5 of 6**

35

DDS-32 (05/09)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

GA0440100

**C-86130**

Court Case Number | NCIC Number | Citation Number

## CITY OF DECATUR POLICE DEPARTMENT

☐ A.M.
■ P.M.

Upon Month **JANUARY** (Day) **17** (Year) **2024** at **11:04**

Operator License No. **051670773**                    State **GA**

Lic. Class/Type **C**   Endorsements _____   Expires **01/05/2026**

Name    **CHASE**        **RASHAD**        **LAMAR**
         (Last)           (First)          (Middle)

Address  ████████████████

City **ATLANTA**              State **GA**  Zip Code **30310**

DOB ████/1987  Race **BLK AFR AM**  Sex **M**  Hgt **607**  Wgt **245**

Hair **BRO**                    Eyes **BRO**

Veh. Yr. **2018**  Make **KIA**

Style **SORENTO**            Color **MAROON/ORANGE / MAROON**

Registration No **CRB4900**              Yr. **2024**  State **GA**

CDL ☐ YES ■ NO  ACCIDEN ☐ YES ■ NO  INJURIES ☐ YES ■ NO
                              FATALITIES ☐ YES ■ NO

☐ 2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK
Within the State of Georgia, did commit the following offense: SPEEDING
Clocked by: ☐ VASCAR ☐ LASER ☐ RADAR ☐ PATROL VEHICLE ☐ OTHER
(Serial # _____                Calibration/Check _____ )

at _____ MPH in _____ zone

☐ DUI (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER

DUI Test Results _____

TEST ADMINISTERED BY (if Applicable): _____

OFFENSE (Other than above) **DRIVING W/NO LICENSE ON PERSON**

in violation of Code Section **40-5-29**    ■ State Law ☐ Local Ordinance

REMARKS: Advised he did not have his drvier's license with him when asked to produce it.

VIDEO # **1075/630**                **PHONE #**

| WEATHER | (A) ROAD (B) | | TRAFFIC | LIGHTING |
|---------|------|------|---------|----------|
| ■ Clear | ■ Dry | ☐ Concrete | ■ Light | ☐ Daylight |
| ☐ Cloudy | ☐ Wet | ■ Blacktop | ☐ Medium | ■ Darkness |
| ☐ Raining | ☐ Ice | ☐ Dirt | ☐ Heavy | ☐ Other |
| ☐ Other | ☐ Other | ☐ Other | | |

**COMMERCIAL VIOLATION INFORMATION**

☐ 16+ Passengers  ☐ Commercial Vehicle Violation  ☐ Haz Material Violation

County of **DEKALB**  and _____ miles  of (city)
                                                    at or near
on **COMMERCE DR AT E COLLEGE AVE**                  mile post _____

or within (city) **DECATUR**

at / on (secondary location) _____

OFFICER (Print) **JOHNSON, M**

Badge # **639**   Division **PATROL**

You are hereby ordered to appear in Court to answer to this charge on

the **28** day of **MARCH** **2024** at **06..0**  ☐ AM ■ PM

in the _____ Court

DECATUR M___ ___ ___ ___ PL - **(678) 553-6655**

D4. DECATUR Georgia 30030  Pay online at:
                                          www.decaturpayments.c

NOTICE: This is an official notice to you that failure to appear in court and/or failure to dispose of the cited charges authorizes the designated Court to forward your driver's license to the Department of Driver Services, and your driver's license shall be suspended (40-5-56) The suspension shall remain in effect until satisfactory disposition in this matter or ___ ___ Department of Driver Services.

☐ ___ RELEASE OF BAIL    ☐ YES ■ NO

RELEASE TO: _____

___ ___ ___ ___ RECEIVED SERVICE OF THIS SUMMONS AND _____

*by: Rashad natural issuer lien right, Subrogee all rights reserved Without recourse*

CERTIFIC_____

# EXHIBIT G

**Pre-Litigation Demand Packet**
*(with Internal Exhibit Index A–C + Attachments)*

---

**Submitted in support of:**
**Plaintiff's Verified Complaint for Damages**
**Rashad Lamar Chase**, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

**Georgia Department of Human Services,**
**Division of Child Support Services,** and
**Carmen Wells**, in her individual and official capacity

Civil Action File No. _____
**In the United States District Court**
**Northern District of Georgia – Atlanta Division**

---

**This packet contains:**

- Pre-Litigation Demand Letter
- Affidavit of Rashad Lamar Chase
- Internal Exhibits A–C
- Attachments: Federal Rights Notice + Special Appearance
- **Total pages: 32** (Pages 37–69 of overall complaint)

---

**Documents prior notice of claims, constitutional violations, and demand for relief.**

---

# Pre-Litigation Demand Packet

Re: Rashad Lamar: Chase v. Georgia Division of Child Support Services

Submitted by:
Rashad Lamar: Chase

Civil Action File No.: 23-A-07649-8
Served May 19, 2025

---

### INCLUDED:

- Special Appearance & Reservation of Rights

- Affidavit of Facts – Rashad Lamar: Chase

- Pre-Litigation Demand Notice

- Exhibit Index – A through C

- Exhibit A – DCSS Payment Ledger (2016–2025)

- Exhibit B – Delta Compensation Loss Summary

- Exhibit C – Citation & License Suspension Damages

- Federal Rights Violation Notice

- Certified Order to Close – Civil Action File No. 23-A-07649-8

- Certificate of Service – **Pre-Litigation Demand Packet**

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**

**STATE OF GEORGIA**

**LEGAL RIGHTS RESERVATION STATEMENT**

*This declaration is made in connection with the enclosed filing and is submitted for the record. \*\*SPECIAL APPEARANCE ONLY – Defendant does not waive any jurisdictional or procedural defenses\*\**

This appearance, filing, or submission is made by:
RASHAD LAMAR: CHASE
Petitioner
**Case:** Rashad Lamar: Chase v. Georgia Department of Human Services
**Court:** Superior Court of Gwinnett County
**Civil Action File No.:** 23-A-07649-8

STATEMENT OF RESERVATION OF RIGHTS

I, Rashad Lamar: Chase, appear under special appearance only and do not submit to the general jurisdiction of this Court.

This appearance is made for the limited purpose of contesting jurisdiction, challenging improper service, and asserting constitutional and equitable defenses.

I expressly reserve and do not waive any of the following rights:
- The right to due process under the 14th Amendment to the U.S. Constitution
- The right to proper service under O.C.G.A. § 9-11-4
- The right to contest jurisdiction at any stage of these proceedings
- The right to self-representation and to defend myself Pro Se
- The right to assert and preserve equitable defenses
- The right to object on the record
- The right to appeal any rulings or judgments
- The right to be free from unlawful or unjust enforcement actions
- The right to appear in equity as surety and beneficiary, and not as a voluntary obligor under statutory enforcement.

Nothing in this communication or appearance shall be construed as a waiver of any right, defense, or objection.

Without prejudice, UCC 1-308 | All rights reserved.

Date: May 18, 2025
By: _____
Rashad Lamar: Chase

# Affidavit of Rashad Lamar: Chase

---

**SPECIAL APPEARANCE ONLY**

*I, Rashad Lamar: Chase, appear in this matter **in my private capacity**, specially and not generally, with all rights reserved pursuant to **UCC 1-308** and other applicable protections. Nothing herein shall be construed as consent to jurisdiction or waiver of any rights, remedies, or defenses.*

---

I, Rashad Lamar: Chase, being duly sworn, declare the following as true and correct:

1. In 2014, while playing professional basketball overseas, my mother informed me that a letter from child support arrived threatening to revoke my passport or jail me if I didn't respond. That was the first time I became aware of any child support case involving me.

2. I was never personally served with a summons or petition regarding this case.

3. I appeared at a mediation where I believed we were addressing the mother's contempt. Instead, the focus shifted to modifying support. I never saw or spoke with a judge. A ruling was made based on financials without a formal hearing.

4. I've paid over $58,348.79 in support—mostly through wage garnishment, tax refunds, and bonuses.

5. From 2016 to 2025, my license was suspended multiple times due to this case. This cost me jobs, prevented me from driving legally, and caused public embarrassment despite my compliance.

6. In May 2022, I received a conditional offer from Delta Airlines. While completing pre-employment badging, I was flagged for a suspended license. DCSS refused to lift the suspension unless I paid 3–5% of an alleged arrears balance, despite ongoing payments.

7. On May 31, 2022, Delta rescinded the offer. I lost a stable, long-term job and the ability to travel with my children—something they still ask about. The emotional toll was heavy.

8. My attempts to contact DCSS were met with rudeness and coercion. They refused to help—even while deducting money from my checks.

9. In late 2024, I found the case file online and realized I had never been served. I saw that child support had been increased without a hearing or judge. That's when I began fighting back.

10. The **Georgia Division of Child Support Services** operated under **color of law**, exercising authority without legal process, jurisdiction, or a valid court order. These actions, including wage garnishment and license suspension, were executed without lawful service and constitute a deprivation of rights under the appearance of legal authority.

11. This situation has affected me on every level: mentally, emotionally, financially, and professionally. It painted me as a deadbeat while I continued to pay. I've lost time, peace, income, and opportunities I can't get back.

12. I know I'm not the only one. DCSS's use of administrative shortcuts harms countless fathers like me. I'm not just seeking repayment—I'm asking the Court to stop this from happening to others.

**The Delta job loss was no accident**—it was a direct result of DCSS's unlawful suspension of my license under a case that had no legal foundation. That action alone cost me over $242,000 in salary, benefits, and career progress. Their refusal to lift the suspension, even while I was paying, was coercive and unlawful.

This harm is real. It's documented, measurable, and entirely preventable. I'm seeking full restitution and equitable relief for the financial, emotional, and reputational damage caused by a system that acted without jurisdiction.

I declare under penalty of perjury that the above is true to the best of my knowledge and belief.


FURTHER AFFIANT SAYETH NAUGHT.


Without prejudice, UCC 1-308
All rights reserved.

By: _____
Rashad Lamar Chase
Affiant

Sworn to and subscribed before me
this 19 day of May, 2025.

_____
Notary Public Signature
Notary Public, State of Georgia
My Commission Expires: 10/10/2028



May 19, 2025

To:
Georgia Division of Child Support Services
Attn: Child Support Services Court
95 Constitution Blvd, 2nd Floor, Suite 215
Lawrenceville, GA 30046
shrakelaw@comcast.net

And:

Department of Human Services – Office of the Commissioner
2 Peachtree Street NW, 29th Floor
Atlanta, GA 30303

CC: Georgia Attorney General – Christopher M. Carr
40 Capitol Square, SW
Atlanta, GA 30334

---

## SPECIAL APPEARANCE ONLY

*I, Rashad Lamar: Chase, appear in this matter **in my private capacity**, specially and not generally, with all rights reserved pursuant to **UCC 1-308** and other applicable protections. Nothing herein shall be construed as consent to jurisdiction or waiver of any rights, remedies, or defenses.*

---

# RE: Formal Pre-Litigation Demand – Rashad Lamar: Chase

This letter serves as a formal pre-litigation demand for restitution and compensatory damages arising from unlawful and unconstitutional enforcement actions executed by the Georgia Division of Child Support Services (DCSS), under Civil Action File No. 23-A-07649-8. The case was dismissed by the Superior Court of Gwinnett County due to lack of lawful service and procedural due process.

The Georgia Division of Child Support Services operated under **color of law**, exercising authority without legal process, jurisdiction, or a valid court order. These actions, including wage garnishment and license suspension, were executed without lawful service and constitute a deprivation of rights under the appearance of legal authority.

Despite this, DCSS imposed unlawful garnishments, license suspensions, and wage deductions from 2016 through 2025. These actions caused substantial financial and professional harm, including the loss of a conditional job offer at Delta Airlines due to an unjust license suspension and multiple citations that led to increased insurance premiums, missed work, and reputational harm.

As detailed in the accompanying exhibits and affidavit, **I hereby demand a total of \$450,000 in restitution and damages.** This figure reflects direct financial loss, loss of opportunity, emotional distress, reputational harm, and violations of due process under color of law. Petitioner reserves the right to amend this amount based on discovery, additional violations, and continuing damages.

**Breakdown includes:**

· - \$58,348.79 in full restitution of garnished support payments;
· - \$242,000 in lost wages, benefits, and opportunity from Delta Airlines;
· - Additional damages from traffic citations, license suspension, emotional and reputational harm;
· - Punitive damages for due process violations and continued enforcement after dismissal;

This letter provides **fourteen (14) calendar days from the date of delivery** for your agency to respond in good faith and initiate settlement. **Failure to do so will result in the filing of a formal civil action in the Superior Court of Gwinnett County.**

Included with this demand are the following supporting documents:

· - Affidavit of Facts – Rashad Lamar: Chase
· - Exhibit A – DCSS Payment Ledger
· - Exhibit B – Delta Compensation Loss Summary
· - Exhibit C – Citation and License Suspension Damages Summary
· - Exhibit Index Table
· - Federal Rights Violation Notice
· - Certified Order to Close – Gwinnett County Superior Court

This demand is submitted in my private capacity and pursuant to all rights reserved under UCC 1-308.

Respectfully submitted this 19th day of May, 2025.

By: _____

Rashad Lamar: Chase
Without prejudice, UCC 1-308 | All rights reserved.
3825 Waldrop Ln, Decatur, GA 30034
rchase15@gmail.com | 404-808-1733

# Exhibit Index – Restitution and Damages Claim

Petitioner: Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 17, 2025

| Exhibit | Title | Description |
|---|---|---|
| Exhibit A | DCSS Payment Ledger | Six-page ledger showing $58,348.79 in child support payments made between March 2016 and May 2025. Includes screenshots and official DCSS records. Establishes financial compliance and overpayment under a case later dismissed. |
| Exhibit B | Delta Compensation Loss Summary | Detailed breakdown and documentation of lost job opportunity at Delta Airlines due to license suspension caused by DCSS. Includes estimated losses ($242,000 from 2022–2025), narrative, and attached employer letters. |
| Exhibit C | Citation and License Suspension Damages Summary | Itemized financial and reputational damages from being cited while license was unlawfully suspended. Includes court costs, insurance increases, and narrative of harm. Connects to Exhibit B. |
| Attachment | Federal Rights Violation Notice | Notice under 18 U.S.C. §§ 242, 245 and 42 U.S.C. § 1983 asserting unlawful enforcement under color of law. Submitted as part of Petitioner's claim for civil remedy. |
| Attachment | Special Appearance & Reservation of Rights | Declares limited appearance and reserves rights under U.S. and Georgia law. |

**Exhibit G – Exhibit Index (Internal) – Page 1 of 1**     44

# EXHIBIT A

DCSS Payment Ledger – March 2016 through May 2025
Rashad Lamar: Chase
DCSS Case No. 520021936

Civil Action File No. 23-A-07649-8

Total Support Paid: $58,348.79
Source: DCSS Ledger + Supplemental Screenshots (Jan–May 2025)

---

7-Page Ledger Reflecting Payments from March 2016 – May 2025

Arrears and Interest Calculator

NCP Name : CHASE, RASHAD LAMAR  CU Name : GALLUP, ASHLEY

Case Number: 520021936  Court Order Number/FIPS: 15-A-07532-8/ 1313501
Current SOA: $747.00  First Due Date: 06/01/2015     CU Arrears: $0.00  As Of:  03/31/2016  CU Annual Fee Paid: 36.00
Arrears SOA: $100.00  Repay Freq: M  First Due Date: 05/12/2020  State Arrears: $0.00  As Of: 03/31/2016
        An Agent for the Georgia Department of Human Services, declare under
          penalty and perjury that the foregoing is true and correct to the best of my knowledge and ability.
This is  20 day of  December 2024

| Month/Yr | Mthly Curr Tanf Soa | Mthly Curr NTanf Soa | Total Mthly Curr Soa | Monthly Arr Soa | Total Payment | CU Paid | NCP Refund | CU Arrears | Total Arrears |
|---|---|---|---|---|---|---|---|---|---|
| 12  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $848.42 | $848.42 | $0.00 | $16,285.45 | $16,285.45 |
| 11  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $426.46 | $426.46 | $0.00 | $16,386.87 | $16,386.87 |
| 10  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $849.92 | $849.92 | $0.00 | $16,066.33 | $16,066.33 |
| 09  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $849.92 | $849.92 | $0.00 | $16,169.25 | $16,169.25 |
| 08  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $849.92 | $849.92 | $0.00 | $16,272.17 | $16,272.17 |
| 07  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $849.85 | $849.85 | $0.00 | $16,375.09 | $16,375.09 |
| 06  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $847.00 | $847.00 | $0.00 | $16,477.94 | $16,477.94 |
| 05  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $847.01 | $847.01 | $0.00 | $16,577.94 | $16,577.94 |
| 04  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $1,254.60 | $1,254.60 | $0.00 | $16,677.95 | $16,677.95 |
| 03  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $423.55 | $423.55 | $0.00 | $17,185.55 | $17,185.55 |
| 02  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $847.00 | $847.00 | $0.00 | $16,862.10 | $16,862.10 |
| 01  2024 | $0.00 | $747.00 | $747.00 | $100.00 | $847.00 | $847.00 | $0.00 | $16,962.10 | $16,962.10 |
| 12  2023 | $0.00 | $747.00 | $747.00 | $100.00 | $844.19 | $844.19 | $0.00 | $17,062.10 | $17,062.10 |
| 11  2023 | $0.00 | $747.00 | $747.00 | $100.00 | $0.00 | $0.00 | $0.00 | $17,159.29 | $17,159.29 |
| 10  2023 | $0.00 | $747.00 | $747.00 | $100.00 | $0.00 | $0.00 | $0.00 | $16,412.29 | $16,412.29 |
| 09  2023 | $0.00 | $747.00 | $747.00 | $100.00 | $377.09 | $377.09 | $0.00 | $15,665.29 | $15,665.29 |
| 08  2023 | $0.00 | $747.00 | $747.00 | $100.00 | $774.18 | $774.18 | $0.00 | $15,295.38 | $15,295.38 |

| Month/Yr | | Mthly Curr Tanf Soa | Mthly Curr NTanf Soa | Total Mthly Curr Soa | Monthly Arr Soa | Total Payment | CU Paid | NCP Refund | CU Arrears | Total Arrears |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 2023 | $0.00 | $747.00 | $747.00 | $100.00 | $745.00 | $745.00 | $0.00 | $15,322.56 | $15,322.56 |
| 06 | 2023 | $0.00 | $747.00 | $747.00 | $100.00 | $0.00 | $0.00 | $0.00 | $15,320.56 | $15,320.56 |
| 05 | 2023 | $0.00 | $747.00 | $747.00 | $100.00 | $0.00 | $0.00 | $0.00 | $14,573.56 | $14,573.56 |
| 04 | 2023 | $0.00 | $747.00 | $747.00 | $100.00 | $0.00 | $0.00 | $0.00 | $13,826.56 | $13,826.56 |
| 03 | 2023 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $13,079.56 | $13,079.56 |
| 02 | 2023 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $12,332.56 | $12,332.56 |
| 01 | 2023 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $11,585.56 | $11,585.56 |
| 12 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $10,838.56 | $10,838.56 |
| 11 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $10,091.56 | $10,091.56 |
| 10 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $9,344.56 | $9,344.56 |
| 09 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $8,597.56 | $8,597.56 |
| 08 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $7,850.56 | $7,850.56 |
| 07 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $7,103.56 | $7,103.56 |
| 06 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $2,017.80 | $2,017.80 | $0.00 | $6,356.56 | $6,356.56 |
| 05 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $7,627.36 | $7,627.36 |
| 04 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $6,880.36 | $6,880.36 |
| 03 | 2022 | $0.00 | $747.00 | $747.00 | $13.00 | $0.00 | $0.00 | $0.00 | $6,133.36 | $6,133.36 |
| 02 | 2022 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,386.36 | $5,386.36 |
| 01 | 2022 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,639.36 | $4,639.36 |
| 12 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $5.00 | $5.00 | $0.00 | $3,892.36 | $3,892.36 |
| 11 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,150.36 | $3,150.36 |
| 10 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $242.69 | $242.69 | $0.00 | $2,403.36 | $2,403.36 |
| 09 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,899.05 | $1,899.05 |
| 08 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,152.05 | $1,152.05 |
| 07 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 | $0.00 | $405.05 | $405.05 |
| 06 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 05 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 04 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 03 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |

| Month/Yr | | Mthly Curr Tanf Soa | Mthly Curr NTanf Soa | Total Mthly Curr Soa | Monthly Arr Soa | Total Payment | CU Paid | NCP Refund | CU Arrears | Total Arrears |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 01 | 2021 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 12 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 11 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | ($341.95) | ($341.95) |
| 10 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $1,088.95 | $1,088.95 | $0.00 | ($341.95) | ($341.95) |
| 09 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 |
| 08 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 |
| 07 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 |
| 06 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $0.00 | $0.00 |
| 05 | 2020 | $0.00 | $747.00 | $747.00 | $149.40 | $1,562.90 | $1,562.90 | $0.00 | $0.00 | $0.00 |
| 04 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.90 | $815.90 |
| 03 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.90 | $815.90 |
| 02 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.90 | $815.90 |
| 01 | 2020 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.90 | $815.90 |
| 12 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.90 | $815.90 |
| 11 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $746.26 | $746.26 | $0.00 | $815.90 | $815.90 |
| 10 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 09 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 08 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 07 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 06 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 05 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 04 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 03 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 02 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 01 | 2019 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 12 | 2018 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $815.16 | $815.16 |
| 11 | 2018 | $0.00 | $747.00 | $747.00 | $0.00 | $746.26 | $746.26 | $0.00 | $815.16 | $815.16 |
| 10 | 2018 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $814.42 | $814.42 |

**Exhibit G-A – Page 4 of 7**

| Month/Yr | Mthly Curr Tanf Soa | Mthly Curr NTanf Soa | Total Mthly Curr Soa | Monthly Arr Soa | Total Payment | CU Paid | NCP Refund | CU Arrears | Total Arrears |
|---|---|---|---|---|---|---|---|---|---|
| 09  2018 | $0.00 | $747.00 | $747.00 | $0.00 | $747.00 | $747.00 | $0.00 | $814.42 | $814.42 |
| 08  2018 | $0.00 | $747.00 | $747.00 | $0.00 | $339.00 | $339.00 | $0.00 | $814.42 | $814.42 |
| 07  2018 | $0.00 | $747.00 | $747.00 | $0.00 | $337.00 | $337.00 | $0.00 | $406.42 | $406.42 |
| 06  2018 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 05  2018 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 04  2018 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 03  2018 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 02  2018 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 01  2018 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 12  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($3.58) | ($3.58) |
| 11  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $334.92 | $334.92 | $0.00 | ($3.58) | ($3.58) |
| 10  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($5.66) | ($5.66) |
| 09  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($5.66) | ($5.66) |
| 08  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($5.66) | ($5.66) |
| 07  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($5.66) | ($5.66) |
| 06  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | ($5.66) | ($5.66) |
| 05  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $513.79 | $513.79 | $0.00 | ($5.66) | ($5.66) |
| 04  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | $171.13 | $171.13 |
| 03  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | $171.13 | $171.13 |
| 02  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | $171.13 | $171.13 |
| 01  2017 | $0.00 | $337.00 | $337.00 | $0.00 | $503.88 | $503.88 | $0.00 | $171.13 | $171.13 |
| 12  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $390.00 | $390.00 | $0.00 | $338.01 | $338.01 |
| 11  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $334.80 | $334.80 | $0.00 | $391.01 | $391.01 |
| 10  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $0.00 | $0.00 | $0.00 | $388.81 | $388.81 |
| 09  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $335.92 | $335.92 | $0.00 | $51.81 | $51.81 |
| 08  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $494.51 | $494.51 | $0.00 | $50.73 | $50.73 |
| 07  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $291.64 | $291.64 | $0.00 | $208.24 | $208.24 |
| 06  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $174.12 | $174.12 | $0.00 | $162.88 | $162.88 |
| 05  2016 | $0.00 | $337.00 | $337.00 | $0.00 | $337.00 | $337.00 | $0.00 | $0.00 | $0.00 |

| Month/Yr | Mthly Curr Tanf Soa | Mthly Curr NTanf Soa | Total Mthly Curr Soa | Monthly Arr Soa | Total Payment | CU Paid | NCP Refund | CU Arrears | Total Arrears |
|---|---|---|---|---|---|---|---|---|---|
| 04  2016 | $0.00 | $248.00 | $248.00 | $0.00 | $248.00 | $248.00 | $24.62 | $0.00 | $0.00 |
| 03  2016 | $0.00 | $248.00 | $248.00 | $0.00 | $426.88 | $426.88 | $0.00 | $0.00 | $0.00 |

| | Our Services | Make Payment | Apply Now | Case Payments | Provide Info | My Case |

## Payments                     RASHAD CHASE            Case  520021936

Change Password
Make Payment
Payments
Support Order
Office Finder
FAQ
Site Map
Sign Out
OCSS Home Page

The following payments have been received in the last year. Click on the payment amount to view payment details.

| Collection Date | Source | Entry Date | Method | Posting Date | Amount | Case |
|---|---|---|---|---|---|---|
| 05/15/2025 | WAGE ASSIGNMENT | 05/15/2025 | ELECTRONIC FUNDS TRANSFER | 05/15/2025 | $426.46 | 520021936 |
| 04/30/2025 | WAGE ASSIGNMENT | 04/30/2025 | ELECTRONIC FUNDS TRANSFER | 04/30/2025 | $423.46 | 520021936 |
| 04/30/2025 | FSR FEE | 04/30/2025 | ELECTRONIC FUNDS TRANSFER | 04/30/2025 | $3.00 | 520021936 |
| 04/15/2025 | WAGE ASSIGNMENT | 04/15/2025 | ELECTRONIC FUNDS TRANSFER | 04/15/2025 | $426.46 | 520021936 |
| 03/31/2025 | WAGE ASSIGNMENT | 03/31/2025 | ELECTRONIC FUNDS TRANSFER | 03/31/2025 | $423.46 | 520021936 |
| 03/31/2025 | FSR FEE | 03/31/2025 | ELECTRONIC FUNDS TRANSFER | 03/31/2025 | $3.00 | 520021936 |
| 03/14/2025 | WAGE ASSIGNMENT | 03/14/2025 | ELECTRONIC FUNDS TRANSFER | 03/14/2025 | $426.46 | 520021936 |
| 02/28/2025 | WAGE ASSIGNMENT | 02/28/2025 | ELECTRONIC FUNDS TRANSFER | 02/28/2025 | $423.46 | 520021936 |
| 02/28/2025 | FSR FEE | 02/28/2025 | ELECTRONIC FUNDS TRANSFER | 02/28/2025 | $3.00 | 520021936 |
| 02/14/2025 | WAGE ASSIGNMENT | 02/14/2025 | ELECTRONIC FUNDS TRANSFER | 02/14/2025 | $426.46 | 520021936 |
| 01/31/2025 | WAGE ASSIGNMENT | 01/31/2025 | ELECTRONIC FUNDS TRANSFER | 01/31/2025 | $423.46 | 520021936 |
| 01/31/2025 | FSR FEE | 01/31/2025 | ELECTRONIC FUNDS TRANSFER | 01/31/2025 | $3.00 | 520021936 |
| 01/15/2025 | WAGE ASSIGNMENT | 01/15/2025 | ELECTRONIC FUNDS TRANSFER | 01/15/2025 | $426.46 | 520021936 |

**Exhibit G-A – Page 7 of 7**

51

# EXHIBIT B

Delta Airlines – Multi-Year Delta Compensation Loss Summary (2022–2025)
Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8

---

8-Page Exhibit Documenting Missed Compensation from Rescinded Offer

**Position Offered**: Ramp Agent / Baggage Handler
**Offer Date**: May 10, 2022
**Rescinded Date**: May 31, 2022
**Reason for Rescindment**: License Suspension due to DCSS enforcement

Total Estimated Loss: **$242,000**

**Included in This Exhibit:**

- **Page 1:** Exhibit Cover Summary

- **Page 2-3:** Compensation Loss Table

- **Pages 4:** Job Narrative (Application → Rescindment)

- **Pages 5–8:** Supporting Letters and Communications (Delta Pre-Adverse / Final Notice)

# Delta Career Opportunity – Year-by-Year Compensation Loss Table

Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 17, 2025

This exhibit provides a detailed breakdown of the estimated compensation lost due to the rescinded employment opportunity with Delta Airlines as a result of an unlawful license suspension caused by improper child support enforcement actions.

Position: Ramp Agent / Baggage Handler

Conditional Offer Date: May 10, 2022

Rescinded Offer Date: May 31, 2022 (due to suspended license caused by DCSS enforcement)

## Estimated Compensation Lost by Year (2022–2025)

### Year: 2022

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

### Year: 2023

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

### Year: 2024

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

54

## Year: 2025

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

**Cumulative Total Estimated Compensation Loss (2022–2025): $242,000**

This extended compensation loss summary reflects four full years of missed income and benefits tied directly to the rescinded Delta Airlines job offer. This opportunity was lost due to a license suspension imposed by DCSS under a case that was later dismissed for lack of service. The resulting damages form a central basis for this claim for equitable restitution and loss recovery.

# Delta Career Opportunity – Narrative of Job Loss

Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 17, 2025

---

In May 2022, I applied for a position with Delta Airlines for the role of Ramp Agent / Baggage Handler based at Hartsfield-Jackson Atlanta International Airport. After completing the initial hiring steps, I received a **conditional offer of employment on May 10, 2022**. The offer came with full benefits, career advancement opportunities, and travel privileges for both myself and my family.

As part of the onboarding process, I was instructed to complete a background screening and airport badging process, which required clearance through both Delta's internal system and the Transportation Security Administration (TSA). I proceeded with the requirements and expected no issues, as I had no disqualifying criminal history or active legal problems.

Unexpectedly, I was informed that my **Motor Vehicle Report (MVR) had flagged my license as suspended**, which would prevent me from passing the background check or receiving my airport credentials. Upon further investigation, I learned that my driver's license had been suspended by the Georgia Department of Driver Services, triggered by **DCSS enforcement actions** despite the fact that I had been making consistent payments through garnishment. There was no active judgment or proper legal service to justify the suspension.

When I contacted DCSS, I was told that they would **not reinstate my license unless I paid 3–5% of an alleged arrears balance**, even though I was current with payments and had not received any formal legal notification of noncompliance. I was placed in an impossible position: either pay an arbitrary amount under threat, or lose the job I had just secured.

On **May 17, 2022**, I received a **Pre-Adverse Action Letter from Delta**, notifying me that there were unresolved issues with my driving record. Despite my efforts to resolve the matter with DCSS, **on May 31, 2022**, Delta **officially rescinded the employment offer**. A final adverse action letter was issued on **June 1, 2022**, confirming that my application was disqualified based on the MVR findings.

This loss was not due to personal conduct, criminal action, or job unfitness — it was the direct result of DCSS's unlawful administrative enforcement, which was later invalidated by court order. The rescindment resulted in lost wages, lost benefits, destroyed trust, and deep personal and emotional damage — including having to explain to my children why we would not be traveling together that summer.



Congratulations! You've received a Conditional Job Offer with Delta - rchase15@gmail.com - Gmail

mail.**google.com**/mail/u/0/popout?ver=j4k413p1f1x8&q=delta talent&search=query&sortop=2&th=%23thread-f%3A1732474947394058643&qt=Delta.1.Delta%26%2339%3Bs Talent.1.Delta%26%233

## Congratulations! You've received a Conditional Job Offer with Delta 〉  Inbox ×

**Delta Talent Acquisition** <TalentAcquisitiondonotreply@delta.com>

to me ▾

Tue, May 10, 2022, 5:07 PM

### ▲ DELTA

Hi Rashad Lamar,

We were pleased to extend a verbal Conditional Job Offer to join the Delta Air Lines, Inc. team! Below are the next steps we need from you to proceed with the hiring process. Please complete these steps as soon as possible as we are very much looking forward to you joining the team. Once these next steps are complete, we will then be able to proceed with any necessary pre-screening checks required.

1. **Review** your attached offer details (if your offer details were not already presented in person)
2. As a reminder, receiving the COVID-19 vaccination is a condition of employment at Delta Air Lines, Inc. for all U.S.-based new hires where permitted by applicable law. If you are not fully vaccinated, you must complete vaccination dose(s) before your start date.  For Pfizer and Moderna, this would include both doses, and for Johnson & Johnson, a single dose. If you qualify for an accommodation, supporting documentation will be required. No action is needed from you at this time. More details on providing your vaccination status will be provided during onboarding.
3. **Respond** to your Conditional Job Offer online by clicking here
4. **When prompted, complete** the voluntary race/gender/veteran/

23 of many    <    >

## Important - Delta's Pre-Adverse Action Notice ▶ Inbox ×

🖨 ↗

**DELTA TALENT ACQUISITION** <NOREPLYDELTAAIRLINESBACKGROUND@carcogroup.com>    Tue, May 17, 2022, 12:22 PM    ☆    ☺    ↩    ⋮
to me ▼





05/17/2022 Dear Mr./Ms. Rashad Lamar Chase,

You authorized Delta Air Lines, Inc. ("Delta") to obtain a Consumer Investigative "background check" Report. There appears to be a discrepancy between information in the report and that which was provided on your Delta employment application or additional information regarding criminal and/or Motor Vehicle history is needed to verify your eligibility for employment.

Therefore, it is important that you immediately go to https://onboard.carcogroup.com to view Delta's pre-adverse action notice, a copy of the consumer report, and a summary of your rights under the Fair Credit Reporting Act.

Sincerely, Delta Talent Acquisition *Please Note:*

*Delta utilizes a 3rd party reporting agency, CARCO Group (1030 Lillington Hwy, Spring Lake, NC 28390/ 1-877-867-2359), to obtain Consumer Investigative Reports. Any dispute regarding the information contained in your report must be resolved with CARCO Group. CARCO Group does not make any employment decisions for Delta and is therefore unable to provide you with specific reasons for any action Delta takes regarding your potential employment.*

#L81352673:1254#

## Offer rescinded due to pre-employment requirement  Inbox ×



**Delta Talent Acquisition** <TalentAcquisitiondonotreply@delta.com>     **Unsubscribe**     Tue, May 31, 2022, 6:11 PM   ☆   ☺   ↩   ⋮

to me ▾


**△ DELTA**

Hi Rashad Lamar,

We regret to inform you that you failed to complete or pass the pre-employment requirement for the Ramp Agent (Customer Service Agent) - ATL (#13849) position with Delta Air Lines, Inc.. At this time, it is necessary for us to withdraw your conditional job offer.

We wish you the best of luck in your career journey.

Warm regards,
Delta's Talent Team

*\*\*This is an automated response. Please do not reply to this email.\*\**

20 of many    <    >

## Important - Delta's Final Adverse Action Notice ⟩ Inbox ×

**DELTA TALENT ACQUISITION** <NOREPLYDELTAAIRLINESBACKGROUND@carcogroup.com>    Wed, Jun 1, 2022, 12:22 PM    ☆    ☺    ↩    ⋮
to me ▾





06/01/2022 Dear Mr./Ms. Chase,

Due to the infractions on your background report and per our background review committee's decision, we unfortunately have to rescind the conditional job offer that was extended to you after your face-to-face interview with us.

You have rights under certain federal and state laws. Please go to https://onboard.carcogroup.com information about your rights.

If you are interested in reapplying for this position with Delta Air Lines in the future, you are more than welcome six months from the date of this correspondence. The attached letter has more information related to this decision.

Sincerely, Delta Talent Acquisition *Please Note*

*Delta utilizes a 3rd party reporting agency, CARCO Group (1030 Lillington Hwy, Spring Lake, NC 28390/ 1-877-867-2359), to obtain Consumer Investigative Reports. Any dispute regarding the information contained in your report must be resolved with CARCO Group. CARCO Group does not make any employment decisions for Delta and is therefore unable to provide you with specific reasons for any action Delta takes regarding your potential employment.*

#L81849464:1255#

# EXHIBIT C

Citation and License Suspension Damages Summary
Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 17, 2025

---

## EXHIBIT C – Summary of Citation & License Suspension Damages

This exhibit includes documentation of estimated damages stemming from repeated traffic citations and license suspensions caused by DCSS enforcement actions.

These administrative actions were carried out without lawful service or due process and resulted in the following damages:

- Traffic fines and court costs
- Insurance premium increases
- Missed work and lost wages
- Public embarrassment and reputational harm
- Rejected job applications due to MVR flags (see Exhibit B)

These damages are not hypothetical - they reflect real and ongoing consequences of an enforcement action later invalidated by the Superior Court.

Included in This Exhibit:

- Page 1: Citation & License Suspension Damages Summary
- Page 2: Overview- Damages Incurred & Harm
- Page 3-5: Georgia DDS Correspondence
- Page 6: City of Decatur - No License Traffic Citation

This cover page is submitted as part of the formal exhibit record in support of Petitioner's demand for restitution and equitable relief.

## Overview

This exhibit outlines the damages I suffered due to multiple traffic citations and license suspensions stemming from administrative child support enforcement actions taken by DCSS without proper service or legal authority. These actions caused cascading harm across multiple areas of my life.

## Estimated Damages Incurred

- Traffic Fines and Court Costs (multiple citations): $1,000

- Increased Auto Insurance Premiums over 3 years: $2,500

- Missed Workdays due to Court and License Reinstatement Delays: $1,200

- Loss of Transportation / Inability to Legally Drive: Ongoing

- Public Embarrassment and Stress from Being Pulled Over: Ongoing

- Loss of Job Opportunities due to MVR Report Issues: See Exhibit B

## Narrative of Harm

Despite actively paying child support, I was repeatedly cited for driving with a suspended license. These traffic stops were humiliating and damaging to my reputation. The suspension was triggered by DCSS without a valid court order or proper legal notice.

As a result, I missed work, paid court fines, and was denied job opportunities due to negative entries on my Motor Vehicle Report. These impacts directly affected my mobility, income, and emotional well-being.

These damages stem from administrative actions taken without jurisdiction or due process, under a case that was later dismissed by the Superior Court. Every consequence that followed—including these citations—forms part of the total harm for which I seek full restitution and equitable relief.

Submitted in support of Petitioner's claim for damages and relief.



**GEORGIA DEPARTMENT OF DRIVER SERVICES**
**P.O. BOX 80447**
**CONYERS, GEORGIA 30013-8447**
**WWW.DDS.GEORGIA.GOV**



Scan me for Online Services
and Reinstatement info.

**OFFICIAL NOTICE**

RASHAD LAMAR CHASE

ATLANTA GA 30310-3942

| | |
|---|---|
| D.O.B. | |
| LIC. NO. | |
| Letter ID: | L1103416616 |
| Issue Date: | 05/09/2024 |

**YOU ARE HEREBY OFFICIALLY NOTIFIED** that your driver's license and/or privilege to operate any motor vehicle in the State of Georgia will be suspended pursuant to O.C.G.A 40-5-56 based on your failure to appear in court and resolve the following traffic citation(s):

**Court:** Decatur Municipal Court, 420 W Trinity Pl, Decatur, GA, 30030-3000
Court Phone Number: (678) 553-6655

| Citation | Issued | Description |
|---|---|---|
| 86130 | 17-Jan-2024 | Failure to have license on person |

Period of Suspension: Indefinite until requirements are met
Effective Date: 06/06/2024

**NOTE:** No limited driving permit is available for this suspension.

**TO AVOID SUSPENSION:**
1. Submit a court release to the Department of Driver Services before the effective date.
2. For more information, to resolve the citation(s), and obtain a release, please contact the court(s).

**TO REINSTATE YOUR DRIVING PRIVILEGES:**
1. DDS must receive the court release.
2. Pay the fees online, by mail or in person. Save $10 by paying online or by mail.

**MAIL** - Send a copy of this notice and the $90.00 reinstatement fee by money order, cashier's check, business/personal check or credit card (Download the Credit Card Authorization Form - DDS100 - from the DDS website) to:
 Georgia Department of Driver Services, ATTN: RM-Reinstatements, P.O. Box 80447, Conyers, GA 30013

**IN PERSON** - Present a copy of this notice and pay the $100.00 reinstatement fee at one of our CSC locations. Visit www.dds.georgia.gov and click "Locations" to find the CSC nearest you.
**DDS WEBSITE** - www.dds.georgia.gov
**FAX** - (770) 918-6255

Download the DDS 2 Go app from the Apple Store or Google Play to conveniently and securely view your license, ID, or permit status and receive real-time updates.



**GEORGIA DEPARTMENT OF DRIVER SERVICES**
**P.O. BOX 80447**
**CONYERS, GEORGIA 30013-8447**
**WWW.DDS.GEORGIA.GOV**



Scan me for Online Services
and Reinstatement info.

## OFFICIAL NOTICE

RASHAD LAMAR CHASE

ATLANTA GA  30310-3942

| | |
|---|---|
| D.O.B. | ▮▮▮▮▮▮ |
| LIC. NO. | ▮▮▮▮▮▮ |
| Letter ID: | L0168595784 |
| Issue Date: | 11/06/2023 |

**YOU ARE HEREBY OFFICIALLY NOTIFIED** that your driver's license and/or privilege to operate any motor vehicle in the State of Georgia will be suspended pursuant to O.C.G.A. 40-5-54.1 as a result of the following offense:

**Offense: NONCOMPLIANCE OF CHILD SUPPORT**
**Court: Georgia Department of Human Services (DHS)**      **Period of Suspension:** Indefinite
**Case Number:** 403836497                                    **Effective Date:** 11/18/2023
**Date of Violation:** 11/03/2023

**NOTE:** No limited driving permit is available for this suspension.

**CONDITIONS:**
1. You must surrender your license to the Department of Driver Services at the address below or in-person at a Customer Service Center (CSC).

**TO AVOID SUSPENSION:**
1. The Department of Driver Services (DDS) must receive from DHS notice that you are in compliance with the order(s) of child support prior to the effective date.

**TO REINSTATE YOUR DRIVING PRIVILEGES:**
1. Visit the DHS website at https://dhs.georgia.gov/ or contact DHS at 1-844-MYGADHS (1-844-694-2347) and comply with the child support order.
2. Pay the fees online, by mail or in person. Save $10 by paying online or by mail.

**MAIL** - Send a copy of this notice and the $25.00 reinstatement fee by money order, cashier's check, business/personal check or credit card (Download the Credit Card Authorization Form - DDS100 - from the DDS website) to:
  Georgia Department of Driver Services, ATTN: RM-Reinstatements, P.O. Box 80447, Conyers, GA 30013

**IN PERSON** - Present a copy of this notice and pay the $35.00 reinstatement fee at one of our CSC locations. Visit www.dds.georgia.gov and click "Locations" to find the CSC nearest you.

**DDS WEBSITE** - www.dds.georgia.gov

**FAX** - (770) 918-6255

No appeal of the driver's license suspension is available from the DDS. To appeal the issuance of the noncompliance order, you must contact DHS.

Download the DDS 2 Go app from the Apple Store or Google Play to conveniently and securely view your license, ID, or permit status and receive real-time updates.



**GEORGIA DEPARTMENT OF DRIVER SERVICES**
**Records Management**
**P.O. Box 80447**
**Conyers, Georgia 30013**

## OFFICIAL NOTICE OF REVOCATION/SUSPENSION SERVICE BY LAW ENFORCEMENT

*This form __must not__ be used for personal service on Habitual Violators, please use the DDS-1189/1030*

### READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING FORM

**YOU ARE OFFICIALLY NOTIFIED** that as of ___01/17/2024___ *(enter date declared)* your driver's license and privilege to operate a motor vehicle in the State of Georgia has been SUSPENDED/REVOKED/CANCELLED as provided for by law for the reason(s) listed below:

child support Obligations

Henceforth, it shall be unlawful for you to operate a motor vehicle in the State of Georgia. Under Georgia law, it is a misdemeanor for any person to fail or refuse to surrender to the Department of Driver Service, upon lawful demand, any driver's license or permit that has been SUSPENDED/REVOKED/CANCELLED.

**YOU ARE HEREBY ORDERED** to surrender any and all licenses and/or permits in your possession, and particularly the above numbered license(s), to the Department of Driver Services, or show cause why you cannot. If license has been lost, a sworn affidavit (Lost License or License Surrender Affidavit, DDS-250A) is required.

Name ___Chase, Rashad Lamar___     D.O.B. ___01/05/1987___

Address ███████████████████     License No. ███████████████

City ___Atlanta___     State ___GA___     Zip Code ___30370___

I HAVE PERSONALLY RECEIVED SERVICE OF NOTICE OF THE ☑ Suspension ☐ Revocation ☐ Cancellation OF MY DRIVER'S LICENSE:

___01/17/2024___          _____
        Date                              Signature of Licensee

License picked up? Yes ☐  No ☑     Lost License or License Surrender Affidavit (DDS-250A)? Yes ☐  No ☐

If no, reason license was not picked up: ___Not on person___

_____ 639          M. Johnson Officer
Serving Official's Signature                     Print Name and Title

Decatur PD                               404.373.6551
Serving Agency                           Telephone Number

420 W Trinity Pl   Decatur           GA          30030
Agency's Mailing Address      City      State      Zip Code

### HEARING INSTRUCTIONS ON REVERSE SIDE

Serving Agency Copy

DDS-1150 (04/17)

DDS-32 (05/09)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

GA0440100        **C-86130**

Court Case Number        NCIC Number        Citation Number

**CITY OF DECATUR POLICE DEPARTMENT**

Upon Month    JANUARY    (Day) 17    (Year) 2024    at    11:04    ☐ A.M. ■ P.M.

Operator License No. 051070773    State GA

Lic. Class/Type    C    Endorsements _____    Expires 01/05/2026

Name    CHASE        IMSHAD        LAMAR
        (Last)        (First)        (Middle)

Address ███████████████

City ATLANTA    State GA    Zip Code 30310

CO. ████/1987    Race BLK AFR AM    Sex M    Hgt 607    Wgt 245

Hair BRO    Eyes BRO

Veh. Yr. 2018    Make KIA

Style SORENTO    Color MAROON/ORANGE / MAROON

Registration No. CRB4900    Yr. 2024    State GA

CDL ☐ YES ■ NO    ACCIDEN ☐ YES ■ NO    INJURIES ☐ YES ■ NO
FATALITIES ☐ YES ■ NO

☐ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK
Within the State of Georgia, did commit the following offense: SPEEDING
Clocked by: ☐ VASCAR ☐ LASER ☐ RADAR ☐ PATROL VEHICLE ☐ OTHER
(Serial # _____    Calibration/Check _____

at _____ MPH in _____ zone

☐ DUI (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER

DUI Test Results _____

TEST ADMINISTERED BY (If Applicable): _____

OFFENSE (Other than above) DRIVING W/NO LICENSE ON PERSON

In Violation of Code Section 40-5-29    ■ State Law ☐ Local Ordinance

REMARKS: Advised he did not have his driver's license with him when asked to produce it

VIDEO # 1075/690    PHONE #

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING |
|---|---|---|---|
| ■ Clear | ■ Dry ☐ Concrete | ■ Light | ☐ Daylight |
| ☐ Cloudy | ☐ Wet ■ Blacktop | ☐ Medium | ■ Darkness |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other |
| ☐ Other | ☐ Other ☐ Other | | |

COMMERCIAL VIOLATION INFORMATION

☐ 16+ Passengers    ☐ Commercial Vehicle Violation    ☐ Haz Material Violation

County of DEKALB    and _____ miles _____ of (city) _____    at or near mile post _____

on COMMERCE DR AT E COLLEGE AVE

or within (city) DECATUR

at / on (secondary location) _____

OFFICER (Print) JOHNSON, M

Badge # 639    Division PATROL

You are hereby ordered to appear in Court to answer to this charge on
the 28 day of MARCH 2024 at 06.0 ☐ AM ■ PM
in the _____ Court

DECATUR M N OF LOW IRE P - (678) 553-6655

City DECATUR    Georgia 30030    Pay online at: www.decaturpayments.c

NOTICE This citation is also official notice to you that failure to appear in Court at the time and date to dispose of the cited charges authorizes this designated Court to forward your driver's license to Department of Driver Services, and your driver's license shall be suspended (TEXT 40-5-56) The suspension shall remain in effect until a satisfactory disposition in this matter or as provided by Department of Driver Services

WAIVED FILED OF BAIL    ☐ YES ■ NO

ALLEGED TO _____

ISSUANCE OF THIS SUMMONS AND RECEIPT
COPY OF BAIL

SIGNATURE X By: (ashad natural issuer) lien right, Subrogee all rights reserved    PERS CERTIFIC without recourse

**Exhibit G-C – Page 6 of 6**

65

## ATTACHMENT - FEDERAL RIGHTS VIOLATION NOTICE

Submitted by: Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 18, 2025

---

This document is provided as formal notice pursuant to federal law, including but not limited to:
- 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law
- 18 U.S.C. § 245 - Federally Protected Activities
- 42 U.S.C. § 1983 - Civil Action for Deprivation of Rights

The actions of the Georgia Division of Child Support Services (DCSS), including but not limited to the suspension of Petitioner's license, garnishment of wages, and administrative enforcement conducted without lawful service, proper jurisdiction, or judicial oversight, constitute violations of clearly established federal rights.

This notice is submitted to preserve all legal rights and remedies available under federal and state law. The attached document outlines the basis for this position.

Included in: Pre-Litigation Demand Packet - Rashad Lamar: Chase

Rashad Lamar: Chase
In Private Capacity I All Rights Reserved UCC 1-308

**Exhibit G-Federal Rights Notice – Page 1 of 1**

66

Form **COL**

# Violation Warning
## Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Rashad Lamar: Chase<br>3825 Waldrop Ln,<br>Decatur, GA 30034 | Georgia Division of Child Support Services<br>95 Constitution Blvd., Suite 215<br>Lawrenceville, GA 30046 |

Citizen's statement

I, Rashad Lamar: Chase, affirm that the Georgia Division of Child Support Services enforced license suspensions and garnishments under Civil Action File No. 23-A-07649-8, despite the case being dismissed and without lawful service. These actions were taken under color of law, violated my due process rights, and caused financial, emotional, and reputational harm.

I certify that the forgoing information stated here is true and correct.

**Citizen's signature**

▶ *Rashad Lamar: Chase*    In Private Capacity I All Rights Reserved UCC 1-308    | Date ▶ *May 19, 2025*

## Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**

I, _Rashad Lamar: Chase_ certify that I personally delivered this notice to above named recipient and address on _May 19, 2025_ at _via USPS_ Certified Mail.

Public Domain—Privacy Form COL(01)

Rashad Lamar: Chase
In Private Capacity
All Rights Reserved UCC 1-308

E-FILED IN OFFICE - C?
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-07649-8**
**5/13/2025 9:34 AM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**STATE OF GEORGIA**                                     *
**DEPARTMENT OF HUMAN SERVICES,**                        **Civil No. 23-A-07649-8**
**Ex rel.,**                                            *
**Kameryn Chase**
      **Plaintiff**                              *

**v.**                                                   *

**RASHAD LAMAR CHASE**                                   *
      **Defendant**

### ORDER TO CLOSE CIVIL ACTION NUMBER


**IT IS HEREBY ORDERED AND ADJUDGED:**

1.    No further action is needed on this matter and the civil action number is hereby closed. The Defendant was never served.


SO ORDERED, this ___5th___ day of ___May_____, 20__25__.


Melodie Conner (May 5, 2025 17:12 EDT)

**HONORABLE MELODIE SNELL CONNER**
Senior Judge, by designation
Gwinnett County Superior Court


Submitted by:
Charles G. Shrake/Sherry Schmidt Ellison/E. Talley Gray
Special Assistant Attorney General
Division of Child Support Services


**Exhibit G-Order To Close – Page 1 of 1**

**CERTIFICATE OF SERVICE - Pre-Litigation Demand Packet**

---

I hereby certify that on May 19, 2025, I served a true and correct copy of the Pre-Litigation Demand Packet upon the following parties via Certified Mail and Email as indicated below:

**Charles G. Shrake** (State Bar No. 637715), **Sherry Schmidt Ellison** (State Bar No. 246255), and **E. Talley Gray** (State Bar No. 533660)
Counsel for Georgia Department of Human Services (DCSS)
Division of Child Support Services
**95 Constitution Blvd., Suite 200**
**Lawrenceville, GA 30046**
**Email:** shrakelaw@comcast.net / sse.law64@gmail.com / talleygray@gmail.com
**DCSS Telephone: 1 844 694 2347**

( all parties are being served jointly at the above address *for administrative convenience*.)

<table>
<tr><td><strong>Department of Human Services</strong><br>2 Peachtree Street NW, 29th Floor<br>Atlanta, GA 30303</td><td><strong>Georgia Attorney General</strong><br>40 Capitol Square SW<br>Atlanta, GA 30334</td></tr>
</table>

---

This the **19th** day of May, 2025.
Respectfully submitted,

Rashad Lamar: Chase
Private Capacity, Special Appearance Only
All rights reserved, UCC 1-308

**Exhibit G - Certificate of Service – Page 1 of 1**

EXHIBIT H

# Emotional Damages

Submitted in support of:

Plaintiff's Verified Complaint for Damages
Rashad Lamar Chase, in his private capacity, appearing specially,
All rights reserved under UCC 1-308,

v.

Georgia Department of Human Services,
Division of Child Support Services, and
Carmen Wells, in her individual and official capacity

Civil Action File No. _____

In the United States District Court
Northern District of Georgia – Atlanta Division

Mental health records establishing emotional distress from unlawful garnishment and enforcement.

# AFTER VISIT SUMMARY



**Rashad L. Chase** ███████    📅 11/18/2022 3:40 PM    📍 Piedmont Physicians at Collier Road 404-350-1122

## Instructions  from Michael Park, DO

 **Your medications have changed today**
**See your updated medication list for details.**

🛒 **Pick up these medications at WALGREENS DRUG STORE #**████ **- ATLANTA, GA -**█████████

• sertraline 25 MG tablet
Address: ██████████ ATLANTA GA 30331-2108
Phone:  404-472-1949

 **Ambulatory referral to Psychology (Sheryl Bear, PhD)**
Addres██████████ NW Suite 420 Atlanta GA 30309
Phone: ██████████
Specialty: Psychology
For: Anxiety and depression

📆 **Return in about 6 months**
(around 5/18/2023).

## What's Next
You currently have no upcoming appointments scheduled.

## Information on File
rchase15@gmail.com

404-808-1733 (Home Phone)
404-808-1733 (Mobile)

1362 ███████ SW
ATLANTA Georgia 30310

Preferred language: **English**
Date of birth: **1/5/1987**
Ethnicity: **Not Hispanic**
Race: **Black or African American**

## Allergies
No Known Allergies

## Today's Visit

 You saw Michael Park, DO on Friday November 18, 2022 for: Follow-up and Anxiety. The following issue was addressed: Anxiety and depression.

 Blood Pressure
**120/84**

 BMI
**28.98**

Weight
**254 lb**

Height
**6' 6.5"**

 Temperature (Temporal)
**96.4 °F**

Pulse
**99**

 Respiration
**21**

Oxygen Saturation
**99%**

Rashad L. Chase (MRN: ██████ ) • Printed at 11/18/2022  4:03 PM                Page 1 of 3  *Epic*

**Your Medication List**  as of November 18, 2022  4:03 PM

> ⓘ If you have any questions, ask your nurse or doctor.



START

**sertraline** 25 MG tablet
Commonly known as: ZOLOFT
For diagnoses: **Anxiety and depression**
Started by: Michael Park, DO

Take 1 tablet (25 mg total) by mouth in the morning.

**Exhibit H - Page 3 of 3**

**72**

Rashad L. Chase (MRN: ☒☒☒☒☒) • Printed at 11/18/2022  4:03 PM

EXHIBIT I

# Employment Loss –

# Delta Airlines Offer Rescinded (2022–2025)

**Submitted in Support of:**
**Plaintiff's Verified Complaint for Damages**
*Rashad Lamar Chase v. Georgia Department of Human Services, et al.*
*Civil Action File No.: _____*
*In the United States District Court*
*Northern District of Georgia – Atlanta Division*

This exhibit documents substantial employment loss following the rescindment of a formal job offer by Delta Airlines due to license suspension triggered by DCSS enforcement. Despite Plaintiff's qualifications and acceptance, the offer was revoked within weeks of issuance, costing Plaintiff significant long-term income and career opportunities.

**Position Offered:** Ramp Agent / Baggage Handler
**Offer Date:** May 10, 2022
**Rescinded Date:** May 31, 2022
**Reason for Rescindment:** License Suspension due to DCSS enforcement
**Total Estimated Loss: $242,000**

**Included in This Exhibit:**

- Page 1: Exhibit Cover Summary
- Pages 2–3: Compensation Loss Table
- Page 4: Job Narrative (Application → Rescindment)
- Pages 5–8: Supporting Letters and Communications (Delta Pre-Adverse / Final Notice)

These documents demonstrate quantifiable loss, career disruption, and denial of economic liberty due to unlawful enforcement actions tied to a void or improperly maintained child support order.

**This cover page is submitted as part of the formal exhibit record in support of Plaintiff's verified complaint for restitution and equitable relief.**

73

Exhibit I – Page 1 of 8

# Delta Career Opportunity – Year-by-Year Compensation Loss Table

Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 17, 2025

This exhibit provides a detailed breakdown of the estimated compensation lost due to the rescinded employment opportunity with Delta Airlines as a result of an unlawful license suspension caused by improper child support enforcement actions.

Position: Ramp Agent / Baggage Handler

Conditional Offer Date: May 10, 2022

Rescinded Offer Date: May 31, 2022 (due to suspended license caused by DCSS enforcement)

## Estimated Compensation Lost by Year (2022–2025)

### Year: 2022

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

### Year: 2023

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

### Year: 2024

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

**Exhibit I – Page 2 of 8**                74

75

## Year: 2025

- Base Salary: $45,000
- Overtime Potential: $7,500
- Bonuses + Profit Sharing + 401(k): $4,500
- Flight Benefits: $3,500
- Total Compensation Loss: $60,500

**Cumulative Total Estimated Compensation Loss (2022–2025): $242,000**

This extended compensation loss summary reflects four full years of missed income and benefits tied directly to the rescinded Delta Airlines job offer. This opportunity was lost due to a license suspension imposed by DCSS under a case that was later dismissed for lack of service. The resulting damages form a central basis for this claim for equitable restitution and loss recovery.

**Exhibit I – Page 3 of 8**    75

# Delta Career Opportunity – Narrative of Job Loss

Rashad Lamar: Chase
Civil Action File No. 23-A-07649-8
Georgia Division of Child Support Services
Date: May 17, 2025

---

In May 2022, I applied for a position with Delta Airlines for the role of Ramp Agent / Baggage Handler based at Hartsfield-Jackson Atlanta International Airport. After completing the initial hiring steps, I received a **conditional offer of employment on May 10, 2022**. The offer came with full benefits, career advancement opportunities, and travel privileges for both myself and my family.

As part of the onboarding process, I was instructed to complete a background screening and airport badging process, which required clearance through both Delta's internal system and the Transportation Security Administration (TSA). I proceeded with the requirements and expected no issues, as I had no disqualifying criminal history or active legal problems.

Unexpectedly, I was informed that my **Motor Vehicle Report (MVR) had flagged my license as suspended**, which would prevent me from passing the background check or receiving my airport credentials. Upon further investigation, I learned that my driver's license had been suspended by the Georgia Department of Driver Services, triggered by **DCSS enforcement actions** despite the fact that I had been making consistent payments through garnishment. There was no active judgment or proper legal service to justify the suspension.

When I contacted DCSS, I was told that they would **not reinstate my license unless I paid 3–5% of an alleged arrears balance**, even though I was current with payments and had not received any formal legal notification of noncompliance. I was placed in an impossible position: either pay an arbitrary amount under threat, or lose the job I had just secured.

On **May 17, 2022**, I received a **Pre-Adverse Action Letter from Delta**, notifying me that there were unresolved issues with my driving record. Despite my efforts to resolve the matter with DCSS, **on May 31, 2022**, Delta **officially rescinded the employment offer**. A final adverse action letter was issued on **June 1, 2022**, confirming that my application was disqualified based on the MVR findings.

This loss was not due to personal conduct, criminal action, or job unfitness — it was the direct result of DCSS's unlawful administrative enforcement, which was later invalidated by court order. The rescindment resulted in lost wages, lost benefits, destroyed trust, and deep personal and emotional damage — including having to explain to my children why we would not be traveling together that summer.

**Exhibit I – Page 4 of 8**                                76



Congratulations! You've received a Conditional Job Offer with Delta - rchase15@gmail.com - Gmail

mail.google.com/mail/u/0/popout?ver=j4k413p1f1x8&q=delta talent&search=query&sortop=2&th=%23thread-f%3A1732474947394058643&qt=Delta.1.Delta%26%2339%3Bs Talent.1.Delta%26%233

## Congratulations! You've received a Conditional Job Offer with Delta 〉 Inbox ×

**Delta Talent Acquisition** <TalentAcquisitiondonotreply@delta.com>     Tue, May 10, 2022, 5:07 PM
to me ▾

**△ DELTA**

Hi Rashad Lamar,

We were pleased to extend a verbal Conditional Job Offer to join the Delta Air Lines, Inc. team! Below are the next steps we need from you to proceed with the hiring process. Please complete these steps as soon as possible as we are very much looking forward to you joining the team. Once these next steps are complete, we will then be able to proceed with any necessary pre-screening checks required.

1. **Review** your attached offer details (if your offer details were not already presented in person)
2. As a reminder, receiving the COVID-19 vaccination is a condition of employment at Delta Air Lines, Inc. for all U.S.-based new hires where permitted by applicable law. If you are not fully vaccinated, you must complete vaccination dose(s) before your start date.  For Pfizer and Moderna, this would include both doses, and for Johnson & Johnson, a single dose. If you qualify for an accommodation, supporting documentation will be required. No action is needed from you at this time. More details on providing your vaccination status will be provided during onboarding.
3. **Respond** to your Conditional Job Offer online by clicking here
4. **When prompted, complete** the voluntary race/gender/veteran/

**Exhibit I – Page 5 of 8**     **77**

23 of many    <    >

## Important - Delta's Pre-Adverse Action Notice    Inbox ×

**DELTA TALENT ACQUISITION** <NOREPLYDELTAAIRLINESBACKGROUND@carcogroup.com>    Tue, May 17, 2022, 12:22 PM    ☆    ☺    ↩    ⋮
to me ▾





05/17/2022 Dear Mr./Ms. Rashad Lamar Chase,

You authorized Delta Air Lines, Inc. ("Delta") to obtain a Consumer Investigative "background check" Report. There appears to be a discrepancy between information in the report and that which was provided on your Delta employment application or additional information regarding criminal and/or Motor Vehicle history is needed to verify your eligibility for employment.

Therefore, it is important that you immediately go to https://onboard.carcogroup.com to view Delta's pre-adverse action notice, a copy of the consumer report, and a summary of your rights under the Fair Credit Reporting Act.

Sincerely, Delta Talent Acquisition *Please Note:*

*Delta utilizes a 3rd party reporting agency, CARCO Group (1030 Lillington Hwy, Spring Lake, NC 28390/ 1-877-867-2359), to obtain Consumer Investigative Reports. Any dispute regarding the information contained in your report must be resolved with CARCO Group. CARCO Group does not make any employment decisions for Delta and is therefore unable to provide you with specific reasons for any action Delta takes regarding your potential employment.*

#L81352673:1254#

**Exhibit I – Page 6 of 8**    **78**

## Offer rescinded due to pre-employment requirement ➤ Inbox ×

🖨 ⤢

**Delta Talent Acquisition** <TalentAcquisitiondonotreply@delta.com>    **Unsubscribe**

Tue, May 31, 2022, 6:11 PM    ☆    ☺    ↩    ⋮

to me ▾



Hi Rashad Lamar,

We regret to inform you that you failed to complete or pass the pre-employment requirement for the Ramp Agent (Customer Service Agent) - ATL (#13849) position with Delta Air Lines, Inc.. At this time, it is necessary for us to withdraw your conditional job offer.

We wish you the best of luck in your career journey.

Warm regards,
Delta's Talent Team

*\*\*This is an automated response. Please do not reply to this email.\*\**

**Exhibit I – Page 7 of 8**    **79**



Important - Delta's Final Adverse Action Notice ▸ Inbox ×

DELTA TALENT ACQUISITION <NOREPLYDELTAAIRLINESBACKGROUND@carcogroup.com>    Wed, Jun 1, 2022, 12:22 PM   ☆   ☺   ↩   ⋮
to me ▾



06/01/2022 Dear Mr./Ms. Chase,

Due to the infractions on your background report and per our background review committee's decision, we unfortunately have to rescind the conditional job offer that was extended to you after your face-to-face interview with us.

You have rights under certain federal and state laws. Please go to https://onboard.carcogroup.com information about your rights.

If you are interested in reapplying for this position with Delta Air Lines in the future, you are more than welcome six months from the date of this correspondence. The attached letter has more information related to this decision.

Sincerely, Delta Talent Acquisition *Please Note*

*Delta utilizes a 3rd party reporting agency, CARCO Group (1030 Lillington Hwy, Spring Lake, NC 28390/ 1-877-867-2359), to obtain Consumer Investigative Reports. Any dispute regarding the information contained in your report must be resolved with CARCO Group. CARCO Group does not make any employment decisions for Delta and is therefore unable to provide you with specific reasons for any action Delta takes regarding your potential employment.*

#L81849464:1255#

**Exhibit I – Page 8 of 8**          **80**